# Network Operating Center Technician Role Profile



**Location:** Store Support Center, Atlanta, Georgia
**Job Code:** NOCH
**Reports To:** Network Operation Center Manager

**Job Title:** NOC Technician
**Department:** Information Technology, IS
**Date Last Reviewed:** April 24, 2018

**Position Description** *(General role information, job purpose, main objectives of the role)*
The NOC Technician is responsible for supporting the organization's Wide Area and SSC network operations. This individual helps to ensures internal servers and systems are running efficiently and effectively on a daily basis. Up to 10% travel may be required.

**Duties and Responsibilities:** *(Scope of the role, day to day activities, expected outcomes, highlights any complexities associated with the role)*
- Provides maintenance and technical support to the company's operating systems, including networks, workstations, operating systems, and software applications.
- Obtains technology requirements for various projects and assists in developing the functional specifications for implementation to ensure the customer's needs are met.
- Addresses and responds to customer issues and concerns in a timely manner. Provides the appropriate solutions to problems as needed.
- Ensures the availability, continuity, and security of data and information related to the organization.
- Supports the installation and configuration of the Wide Area hardware and software. Ensures new users are equipped with the appropriate training tools and customer support.
- Performs routine preventative maintenance on network hardware and software.
- Responsible for completing 25 tickets per week.

**Work Experience/ Education:** *(Required work experience and education / preferred experience and education that is beneficial to the role. Work experience can include management experience or any functional expertise where proficiency is necessary to be successful in the role)*
- Bachelor's degree from an accredited college or university; a degree in Information Technology, Computer Science, or related field preferred
- 1+ years experience in related field preferred
- Knowledge of network operations, hardware, and software installation and configuration preferred
- Technical certifications a plus

**Role Specific Competencies:** *(kinds of behavior and skills needed in addition to leadership qualities or core values)*
- **Customer Focus:** Is dedicated to meeting the expectations and requirements of internal and external customers/ Gets first-hand customer information and uses it for improvements in products and services/ Acts with customers in mind/ Establishes and maintains effective relationships with customers and gains their trust and respect
- **Patience:** Is tolerant with people and processes/ Listens and checks before acting/ Tries to understand the people and the data before making judgments and acting/ Waits for others to catch up before acting/ Sensitive to due process and proper pacing/ Follows established process
- **Priority Setting:** Spends his/her time and the time of others on what's important/ Quickly zeros in on the critical few and puts the trivial many aside/ Can quickly sense what will help or hinder accomplishing a goal/ Eliminates roadblocks/ Creates focus
- **Technical Learning:** Picks up on technical things quickly/ Can learn new skills and knowledge/ Is good at learning new industry, company, project, or technical knowledge/ Does well in technical courses and seminars
- **Functional/Technical Skills:** Has the functional and technical knowledge and skills to do the job at a high level of accomplishment
- **Problem Solving:** Uses rigorous logic and method to solve difficult problems with effective solutions/ Probes all fruitful sources for answers/ Can see hidden problems/ Is excellent at honest analysis/ Looks beyond the obvious and doesn't stop at the first answers



*Network Operating Center Technician Role Profile*



**Possible Feeder Roles/Next Roles:** *(what roles feed into the role, what are possible future next roles)*

- **Feeder roles**: This is an entry-level position
- **Next roles:** Network Analyst

| | |
|---|---|
| **From:** | Greg Oliver |
| **Sent:** | Wednesday, July 27, 2022 4:07 PM |
| **To:** | Fabrice Lenord |
| **Cc:** | Chris Shoemake |
| **Subject:** | 1 on 1 Recap |
| **Attachments:** | RaceTrac Attendance Policy for Shift Employees_Ackn.pdf |

Fabrice,

Thank you for meeting with us yesterday.

As discussed, we are concerned that you continue to exhibit behaviors that do not comport with our expectations of a NOC Tech II. This is not the first time we have had a conversation like this with you. You will recall both your 2020 and 2021 performance reviews, as well as your 2021 Performance Improvement Plan, all discussed this same issue.

During our meeting with you yesterday, here are specific examples we discussed:

- **Your inability to move on from a situation.** We discussed Jeff using inappropriate language during a meeting on July 13. Originally, you correctly brought Jeff's behavior to your leadership's attention. However, after receiving an apology from Jeff and being told the matter was handled, you brought it up again. To be a successful team          member at RaceTrac, you must trust that your leadership will address an issue when they say that they will and afford them the opportunity to do so. And, as we explained to you, we have handled the situation.
- **Your continued challenges in serving as a peer leader.** You have been asked to:
  - Build strong relationships with peers and influence good work outcomes.
  - Train others in a positive & professional manner.
  - Document processes when needed.
  - Be an active, positive participant in meetings.
  - Show patience to both people and processes.

Being a peer leader does NOT mean providing direction for other team members' time keeping or attendance, going behind others and checking their work, or trying to manage the performance of your peers. Yet, you continue to do all of those things. We have discussed this with you on multiple occasions, as well as offered LinkedIn Learning training on what being a peer leader means. Still, we do not see this behavior from you regularly and often see the opposite. (For example, the misunderstanding over ticket SCTASK0105107. This should have been privately discussed between you and your peer. Then, if a resolution could not be reached, the situation should have been escalated to Greg. Rather, you addressed it publicly in a team meeting).

Fabrice, this behavior is not meeting expectations, has been addressed with you multiple times before, and needs to be corrected immediately. Your behavior is reminiscent of the behavior which necessitated the Performance Improvement Plan. You cannot continue to move backwards. As discussed, the next disciplinary action should these behaviors not be corrected is termination of employment.

Finally, I want to remind you of our attendance policy and expectations surrounding call outs. This policy is attached along with your sign off for your reference. There were 3 instances over the last week where you did not notify your supervisor 2 hours ahead of your shift that you would be unavailable to work.
Further, if you are supposed to be physically present in the office, we expect that you will be physically present as scheduled. If something arises, please let your supervisor know ahead of time.



DEFENDANT'S
EXHIBIT
2

RaceTrac

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f.  (678) 503-1066



## Fabrice Lenord

### Objective
To obtain a position in the Information Technology field that will enable me to use my strong organizational skills, experience and ability to work well with others.

### Professional Experience

**06/11-Present (Contract)    PNC/CSB Bank**            Atlanta, GA
**Help Desk/Lead Technician**
- Conversions of over 20 Banks, Network printers, PC's and software validations.
- Windows 7 migration with BitLocker Drive Encryption on over 200 PCs
- Installed OS, updates, Softwares, on new PC Deployments.
- Installed Cisco VoIP phones according to the proper extensions.

**09/10-04/11 (Contract)      Wolters Kluwer**          Kennesaw, GA
**Help Desk Technician**
- Managed over 500 users with Active Directory and Phone support.
- Installed, repaired PC and Diagnosed DNS, DHCP and WAN issues for internal users.
- Managed Altiris Deployment Solution 6.9 SP5 with over 500 connecting PC's.
- Configure each system thru Altiris based on standardized criteria, such as job function, user type, or location. Saves time and reduces human error over traditional PC deployments.
- Easily create jobs and tasks that automate deployment and migration functions including imaging, scripted OS installations, configurations, and software deployments with Altiris.
- Maintained PC images and kept images up to date with company standards.
- Installed various software such as Office 2007, Acrobat 8 pro, taxWise, etc.
- Set up and back up PST files for outlook.

**05/09-10/09- 06/10-08/10 (Contract)    City of Coconut Creek**        Coconut Creek, FL
**Information Technology Technician**
- Troubleshoot network components, computer systems, and peripherals, respond to Help Desk request as appointed.
- Assisted with Active Directory with setting up credentials to instantly give or deny access to certain users for certain applications.
- Performed ping and trace routes to troubleshoot network's connectivity and latency issues.
- Used Solar Winds to monitor the network and performance of it periodically.
- Used RealVNC, to perform remote diagnostic and software installation on employees PC.
- Move PBX phone system extensions to different locations, by locating the wire with a sound probe. Connect wires to the right extension with a punch-down tool.
- Set up server racks with routers, switches, servers, network cables, LCD console, and battery backup. Installing punch-down panels: Cat5/RJ 45
- Ghost Images on PCs according to model numbers and install windows updates, Java, adobe reader and Flash, and connect to the domain with PC name and location.
- Installed Crystal Reports, Microsoft Office Professional, NOD32 Antivirus, Acrobat 9 standard, Photoshop, Pentamation etc.

DEFENDANT'S
EXHIBIT
3
tabbies

- Set up, configure and troubleshoot various models of Network printers.

10/09-04/10                    **Geek Squad**                    North Lauderdale, FL
**Technical support/Help Desk**
- Provided phone support for customers experiencing software, LAN and WLAN issues.
- Reset TCP/IP stack to ensure proper connection to network.
- Connected remotely to clients PC to install various applications and software.
- Installed Anti-Virus, such as Kaspersky, Trend Micro, Webroot, Norton, Avira, etc.
- Run System Recovery and Restore on desktops and laptops by using the Recovery Partition.
- Assist clients on backing up all files and documents onto an external drive.
- Guide thoroughly to the end on installing windows OS (XP, Vista, and window 7).
- Troubleshoot PC for hardware issues, such as hard drive, USB ports, motherboard, graphic card, network adapter, power supply, etc...
- Logged all calls, and documented all troubleshooting steps onto the clients account thru FCclient.

08/07— 12/08                    **Reflections of You**                    Coral Springs, FL
**Desktop Support Technician**
- Troubleshoot OS, network connectivity LAN or WAN, Printer/fax/phone, and user profiles.
- Virus, Malware and spyware removal thru the registry, install and scan antivirus.
- Set up wireless network for multiple PCs and printer and create file sharing thru the network.
- Installed new windows OS with all the updates, Java, Adobe Reader and Adobe Flash.
- Installed various software, MS Office, Outlook, antivirus, QuickBooks, etc.
- Replaced any defective hardware: motherboard, hard drive, graphic card, laptop screen, etc.

04/00— 07/07                    **Comcast/Internet Services**                    Atlanta, GA
**Internet Help Desk Specialist**
- Provided inbound technical support for internet access difficulties and equipment problems.
- Used Remedy Ticketing system to document ongoing problems with clients.
- Reset the TCP/IP stack, to ensure proper connection to the network.
- Analyzed PC connections, routers, and modems.

## *Education*

*1997-1999 ITT Technical*
*Institute Ft. Lauderdale, FL.*
***Associate of Science***
***Computer Electronics***
***Engineering Technology***
*Graduated Magna Cum-*
*Laude, 06/1999*

## Certifications
CompTIA A+

*CompTIA A+  02/*

## Education

1997-1999                    *ITT Technical Institute*              *Ft. Lauderdale, FL*

**Associate of Science Computer Electronics Engineering Technology**
*Graduated Magna Cum-Laude, 06/1999*

## Certifications

01/09-10/09              *Atlantic Technical Center*           *Coconut Creek, FL*
CCENT: 08/09            *Certified ID#CSCO11659421*      *CompTIA A+ 02/12*

# EMPLOYMENT APPLICATION SUMMARY

**Date Applied:** Wednesday, October 3, 2012 (1:47:17 AM)
**Position Applied For:** Store Systems Help Desk Analyst
**Current Location:** Corporate

## PERSONAL INFORMATION

Fabrice P Lenord
XXX-XX-6402

Secondary Phone: --

## ELECTRONIC CONSENT

**Electronic Consent**

| | |
|---|---|
| This application contains a number of disclosures and consent forms which usually are provided in written form. I understand that I have the right to receive such disclosures and give my consent or authorization on paper instead of electronically. If I do consent to engage in electronic transactions, I understand that I have the right to withdraw my consent, and can do so by notifying the hiring manager or person in charge at this location. I can also use this procedure to update information needed to contact me. If I decide at any point during this application process to withdraw my consent to engage in electronic transactions, I understand that I will have to sign corresponding paper authorization or consent form as needed if I wish to continue with the application. | Statement viewed |
| I understand that any consent given here applies only to the electronic transactions related to this job application, and that I can access the electronic records by contacting RaceTrac Petroleum, Inc.. I further understand that I may request a paper copy of any consent or authorization I give electronically. I may receive such paper copies at no cost within the next 60 days by contacting Kronos at hiringhelpdesk@kronos.com. | Statement viewed |
| In order to complete this job application, you will need to give consent to receive and respond to information in electronic form. If you do not wish to consent to electronic transactions, please exit the system now by clicking "CANCEL".<br><br>If you do NOT wish to consent to electronic transactions, please contact the hiring manager at the location where you are applying in order to sign a written copy of the FCRA consent before continuing with this online application process. | I certify that I have signed a paper copy of the FCRA consent with the employer and now wish to apply online. |

Copyright ©2000 - 2012, Kronos Incorporated. All rights reserved.

EMPLOYMENT APPLICATION SUMMARY

## PRE-EMPLOYMENT QUESTIONS

**RaceTrac General Prescreener Req**

| MINIMUM REQUIREMENTS | Statement viewed |
|---|---|
| The following questions will determine if you meet minimum requirements for employment at RaceTrac Petroleum, Inc. You must meet our minimum qualifications to be considered for employment at our company. | |
| Can you provide legal documentation establishing your identity and eligibility to be legally employed in the United States? | Yes |
| Are you 18 years of age or older? | Yes |
| Are you able to perform the essential functions of the job for which you are applying with or without reasonable accommodation? | Yes |
| Do you have a reliable means of transportation to and from work? | Yes |
| Do you have a telephone number where you can be reached? | Yes |
| How many different employers have you had in the past 12 months? | 3 employers |
| How far are you willing to travel to work? | 15 miles |
| What is the best time of day to contact you about possible opportunities with RaceTrac? (check all that apply) | 6:00am - 12:00pm |

## EMPLOYMENT DESIRED

**Job Title:** Store Systems Help Desk Analyst
**Location:** NULL, GA (NULL)
**How Did You Hear About This Job?** I was referred by someone other than a RaceTrac Employee
**Specific Source:**
**If you were referred by a RaceTrac employee, enter his or her name here.:** I was referred by someone other than a RaceTrac Employee

### Availability

**If hired, when would you be able to start?** 10/15/2012
**Work Preference:** Full-Time
**What are your salary requirements?:** 43000

| AVAILABILITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| From: | -- | -- | -- | -- | -- | -- | -- |
| To: | -- | -- | -- | -- | -- | -- | -- |

000154
Copyright ©2000 - 2012, Kronos Incorporated. All rights reserved.
RaceTrac
000369
RaceTrac
Page 2

EMPLOYMENT APPLICATION SUMMARY

## WORK HISTORY

**Help Desk - PNC/ CSB Bank**

*June 2011 - July 2012*
Atlanta, Georgia
United States of America
**Description of Responsibilities:**
• Conversions of over 20 Banks, Network printers, PC's and software validations.
• Windows 7 migration with BitLocker Drive Encryption on over 200 PCs
• Installed OS, updates, Softwares, on new PC Deployments.
• Installed Cisco VoIP phones according to the proper extensions.
**May We Contact This Employer?:** Yes

## EDUCATION

**School Type:** University/Further Education Institute
**Name:** ITT Technical Institute
**Start Date:** March 1997
**End Date (or Anticipated End Date):** March 1999
**Qualifications (including subjects, grades, or results expected):** 1997-1999 ITT Technical Institute Ft. Lauderdale, FL

Associate of Science Computer Electronics Engineering Technology
Graduated Magna Cum-Laude, 06/1999

Copyright ©2000 - 2012, Kronos Incorporated. All rights reserved.          000370                         Page 3

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Lenord, Fabrice <flenord@racetrac.com> |
| **Sent:** | Thursday, March 24, 2016 8:04 AM |
| **To:** | Erlandsen, Roy |
| **Subject:** | Yesterday Meeting, |

Roy,

I reached out to you on Tuesday about my concerns on the way things are going with the us NOC Techs, and I didn't even get a response. But instead we had a team meeting yesterday to go over the same things that we always discuss and gets ignored a week later.

But one of the thing that got my attention is the fact that your main focus was to bring up 10hours OT I had for two weeks, but Mark had me stayed to work backups among other things I tried to catch up on throughout the week. Evan will sit here watch all his movies and TV shows, comes in late every day and compensate him to come to work on Fridays for OT. But that didn't get mention in the meeting yesterday. So Fab do all the work from Mon-Thurs and Evan gets rewarded for OT on Fridays. I don't care about OT or who gets OT, when I'm part of a Team I always step up to get things done. Then Prasad said in the meeting he sits here and wait for traffic to die down, "not working". this dude probably closed 5 tickets this whole year. But he's focus was about a Sever that got cloned after he didn't do it for 7 days .

I know this email is not going make things so well, but I'm tired of these guys getting away with murder, now you want to call me out in meetings about OT. But you the one always having me come in early, or work overnight for coverage but Evan gets to come in on days off for OT. So if I don't fit in this team let me know cause I like to be treated fairly, cause I respect myself well enough to come to work on time don't sleep and do my job. I don't think no one in here understand how it feels to bust my ass every day and your team mates are goofing off and watching movies, and still collects a check. There's so much I cover and clean up I just don't say nothing about it.

Bottom line, you favor Prasad and Evan and they do the least for this team. I have not been late not once this year, it's easier to count how many time these two been on time rather late. it's the norm for them. I just want to be treated fairly because I respect myself and my daily duties. every time I tried to voice my concerns in the first meeting yesterday you cut me off every time and I didn't get a chance to bring up these issues, I had to go this route "email".

*Thanks,*

**Fabrice Lenord** | Network Operation Center

████████████████████████████████████

**From:** Lenord, Fabrice
**Sent:** Tuesday, March 22, 2016 7:17 AM
**To:** Erlandsen, Roy
**Cc:** Susca, Mark
**Subject:** Lack of Motivation

Hey,

This is getting too much for me around here, everyone just wait around till I do their work for them. I don't know who else to talk to around here but this is starting to affect my health and it's not worth it. Things are way out of hand and once Kent say something then I have to clean it up.

*Thanks,*

1


DEFENDANT'S EXHIBIT
4

Fabrice Lenord | Network Operation Center

2

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Greg Oliver <goliver@racetrac.com> |
| **Sent:** | Thursday, September 14, 2017 8:45 AM |
| **To:** | Fabrice Lenord |
| **Subject:** | RE: Vacation Days |

Fab,

For the requests on Sundays, can you please find someone to work that shift for you? Send out an email to the team and copy me on it. If no one replies in a few days, I will assist with getting coverage.

For 10/9/17 – Someone already has that day off and it was approved by Roy before he left. We will be too short handed if you take off as well. I would suggest asking Prince if he could work that day and if so, we should be good with coverage.

Thanks,

Greg Oliver | Associate Manager of IT Ops
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f.  (678) 503-1066

*RaceTrac*

**From:** Fabrice Lenord
**Sent:** Tuesday, September 12, 2017 4:50 PM
**To:** Greg Oliver <goliver@racetrac.com>
**Subject:** Vacation Days

Greg,
Can you check empower and approve my vacation request, I have to take them by next month.  Also the one for 10/10 I forgot to add 10 hours, I think I left it at 0.00 hrs.

**Thanks,**
**Fabrice Lenord | Network Operation Center**
200 Galleria Parkway SE, Suite 900 Atlanta, GA 30339
Ext  x1365 C 678-708-3679
Toll Free 1-800-388-8035 ext 1608

DEFENDANT'S EXHIBIT
5
tabbies

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Fabrice Lenord <flenord@racetrac.com> |
| **Sent:** | Monday, September 18, 2017 2:28 PM |
| **To:** | Caroline Grubbs |
| **Cc:** | Nichole Upshaw |
| **Subject:** | RE: Follow Up |

Yes, I'm not comfortable with that, and also he stated only when I request Sundays off.

In the past I've asked team members to stop pulling, playing and flipping a KNIFE in the room because I was concern of my safety and that was ignored. For over a year I had to work in an environment wondering if this knife will fly out of his hand and stab me. On 05/17/2016 I reached out to the managers at the time and express my concerns and that was ignored, the employee never stop with the knife and as of last week he was still playing with it.

my team members doesn't respect my employee rights and totally ignored the fact that he put my safety at risk, I don't feel comfortable reaching out to them. I always go to the manager if I need anything to prevent any issue.

There's a bigger problem here, I never wanted it to get this far because I was afraid of retaliation and intimidation which I've seen happens when employees stand up for themselves and go to HR.
Now, I don't know how this going to turn out, but I'm going to keep working hard and do my job.

There's definitely disparity of treatment towards me.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Caroline Grubbs
**Sent:** Monday, September 18, 2017 2:01 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Nichole Upshaw <nupshaw@racetrac.com>
**Subject:** RE: Follow Up

When you say policy, are you referring to the one Greg put in place recently? In this *procedure* (we will work with Greg to be sure the terminology is rephrased), the expectation is that you will reach out to team members to get coverage as a first attempt. Is this what you're not comfortable with?

**From:** Fabrice Lenord
**Sent:** Monday, September 18, 2017 1:57 PM
**To:** Caroline Grubbs
**Subject:** RE: Follow Up

the main thing that was my concern is that RT vacation policy, which I've stated that I never had to do before.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Caroline Grubbs
**Sent:** Monday, September 18, 2017 1:53 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Subject:** Follow Up

Hi Fabrice,

I had a chance to catch up with Nichole and talk through what you and I discussed this morning. We definitely understand where you're coming from in that you don't want to be held accountable for the individual that covers for your shift and think that if you send out the initial email asking for coverage and copy Greg Oliver, it should prevent that from happening. Once you send that initial email, you'd be off the hook because either someone would agree to work or if not, Greg would take it from there.

If you aren't comfortable with this solution let us know and let us know if you have another recommendation. At this point if you still aren't comfortable sending that email and don't have another recommendation, we will need to connect with John Sprayberry on next steps.

Thanks!
Caroline

**Caroline Grubbs** | Manager of Employee Experience
RaceTrac Petroleum, Inc. | racetrac.com | 200 Galleria Parkway, Suite 900, Atlanta, GA 30339 - *We Moved!*
o 770.431.7600 x 1142 c 770.846.5509 f 678.305.7568

**lhcragg@windstream.net**

**From:** Nichole Upshaw <nupshaw@racetrac.com>
**Sent:** Monday, September 18, 2017 6:31 PM
**To:** Fabrice Lenord; Caroline Grubbs
**Subject:** RE: Follow Up

Hey Fabrice,

Email can be super tough to talk through things like this.  It's hard for me to gather over email how much you'd like us to be involved to help.  Of course when you tell us that you are being treated differently, alarm bells go off for us.  I definitely want to explore that when we get together this week.
In the meantime, we'll give Greg the heads up to work on covering your vacation so there isn't more conflict between you guys before we chat.


See you Wednesday,
Nichole


**From:** Fabrice Lenord
**Sent:** Monday, September 18, 2017 3:24 PM
**To:** Nichole Upshaw; Caroline Grubbs
**Subject:** RE: Follow Up

This was the email that was send to me:

"Fab,

For the requests on Sundays, can you please find someone to work that shift for you? Send out an email to the team and copy me on it. If no one replies in a few days, I will assist with getting coverage."

From the beginning when I reached out to you on Friday I was inquiring about the company vacation policy, but I'm the only person that work Sundays it's a 12 hour shift 8am – 8pm. It wouldn't be a problem if that's the company policy, I don't have a problem with that whatsoever. but this new policy email came out when I changed my schedule to work from Sunday to Wednesday.

We've never had any issue with vacation request till recently, I've covered many vacation days for the team. I'm not undermining Greg's authority at all, I just want to be treated fairly. I've been here for 5 years, never call out sick probably been late about 5 times and always go above and beyond for the team.


Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Nichole Upshaw
**Sent:** Monday, September 18, 2017 2:52 PM
**To:** Fabrice Lenord <flenord@racetrac.com>; Caroline Grubbs <cgrubbs@racetrac.com>
**Subject:** RE: Follow Up

DEFENDANT'S EXHIBIT 6

Hey Fabrice,

We wanted to make sure the immediate issue of vacation was addressed so you didn't have any issue going out on the 24th. It sounds like you are not willing to send the email to the team to ask for coverage like Greg asked everyone to do. I think either you or Caroline should tell Greg you don't plan on doing that so he can work on coverage.

From our call Friday and the email below, it sounds like you have broader concerns that we need to discuss regarding how you are being treated differently. I'll set up a time for the three of us (us and Caroline) to discuss those this week so we have those all out on the table. Then we can determine where we go from there.

Does that work?

**From:** Fabrice Lenord
**Sent:** Monday, September 18, 2017 2:28 PM
**To:** Caroline Grubbs
**Cc:** Nichole Upshaw
**Subject:** RE: Follow Up

Yes, I'm not comfortable with that, and also he stated only when I request Sundays off.

In the past I've asked team members to stop pulling, playing and flipping a KNIFE in the room because I was concern of my safety and that was ignored. For over a year I had to work in an environment wondering if this knife will fly out of his hand and stab me. On 05/17/2016 I reached out to the managers at the time and express my concerns and that was ignored, the employee never stop with the knife and as of last week he was still playing with it.

my team members doesn't respect my employee rights and totally ignored the fact that he put my safety at risk, I don't feel comfortable reaching out to them. I always go to the manager if I need anything to prevent any issue.

There's a bigger problem here, I never wanted it to get this far because I was afraid of retaliation and intimidation which I've seen happens when employees stand up for themselves and go to HR.
Now, I don't know how this going to turn out, but I'm going to keep working hard and do my job.

There's definitely disparity of treatment towards me.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Caroline Grubbs
**Sent:** Monday, September 18, 2017 2:01 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Nichole Upshaw <nupshaw@racetrac.com>
**Subject:** RE: Follow Up

When you say policy, are you referring to the one Greg put in place recently? In this *procedure* (we will work with Greg to be sure the terminology is rephrased), the expectation is that you will reach out to team members to get coverage as a first attempt. Is this what you're not comfortable with?

**From:** Fabrice Lenord
**Sent:** Monday, September 18, 2017 1:57 PM

**To:** Caroline Grubbs
**Subject:** RE: Follow Up

the main thing that was my concern is that RT vacation policy, which I've stated that I never had to do before.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Caroline Grubbs
**Sent:** Monday, September 18, 2017 1:53 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Subject:** Follow Up

Hi Fabrice,

I had a chance to catch up with Nichole and talk through what you and I discussed this morning. We definitely understand where you're coming from in that you don't want to be held accountable for the individual that covers for your shift and think that if you send out the initial email asking for coverage and copy Greg Oliver, it should prevent that from happening. Once you send that initial email, you'd be off the hook because either someone would agree to work or if not, Greg would take it from there.

If you aren't comfortable with this solution let us know and let us know if you have another recommendation. At this point if you still aren't comfortable sending that email and don't have another recommendation, we will need to connect with John Sprayberry on next steps.

Thanks!
Caroline

**Caroline Grubbs** | Manager of Employee Experience
RaceTrac Petroleum, Inc. | racetrac.com | 200 Galleria Parkway, Suite 900, Atlanta, GA 30339 – *We Moved!*
o 770.431.7600 x 1142 c 770.846.5509 f 678.305.7568

## Charles Hoffman

| | |
|---|---|
| **From:** | Fabrice Lenord <flenord@racetrac.com> |
| **Sent:** | Monday, September 25, 2017 7:19 AM |
| **To:** | Caroline Grubbs |
| **Cc:** | Nichole Upshaw |
| **Subject:** | RE: Follow Up |

Thank you for the follow up.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Caroline Grubbs
**Sent:** Thursday, September 21, 2017 3:05 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Nichole Upshaw <nupshaw@racetrac.com>
**Subject:** Follow Up

Hi Fabrice,

I wanted to follow up and let you know that when we talked to Will and John Sprayberry, they had already spoken to Evan about the knife. We had them send it in an email recap which went to him yesterday.

Thanks,

**Caroline Grubbs**  | Manager of Employee Experience
RaceTrac Petroleum, Inc. | racetrac.com | 200 Galleria Parkway, Suite 900, Atlanta, GA 30339 -  *We Moved!*
o 770.431.7600 x 1142 c 770.846.5509 f 678.305.7568



DEFENDANT'S
EXHIBIT
7

000054

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Greg Oliver <goliver@racetrac.com> |
| **Sent:** | Tuesday, November 14, 2017 7:55 AM |
| **To:** | Fabrice Lenord |
| **Cc:** | John Sprayberry |
| **Subject:** | Re: Intimidation |

Fab,

As I said on the phone earlier, I would like you to stay. You can work from a focus room until we resolve this. Also we have a team building exercise scheduled for today that I would like for you to attend.

Thanks

On Nov 14, 2017, at 7:13 AM, Fabrice Lenord <flenord@racetrac.com> wrote:

> Greg/John Good morning,
> Requesting permission to go home and take the day off, because this is stressing me that every week is something in the NOC.
>
> This is going too far, I thought things would have quiet down and ended by now. I came to work this morning, my monitor was unplugged and various things on my desk was shuffled around. Clearly someone is intimidating me and trying to bully me. I don't find that to be funny or a joke.
>
> [Image]
>
> {Image}
>
>
> Thanks,
> Fabrice Lenord | Network Operation Center
> 200 Galleria Parkway SE, Suite 900 Atlanta, GA 30339
> Ext  x1365 C 678-708-3679
> Toll Free 1-800-388-8035 ext 1608
>
> <20171114_064214.jpg>
> <image001.jpg>
> <image002.jpg>





PL00151



PL00152

## lhcragg@windstream.net

| | |
|---|---|
| **From:** | Fabrice Lenord <flenord@racetrac.com> |
| **Sent:** | Tuesday, November 14, 2017 7:13 AM |
| **To:** | Greg Oliver |
| **Cc:** | John Sprayberry |
| **Subject:** | Intimidation |
| **Attachments:** | 20171114_064214.jpg |

Greg/John Good morning,
Requesting permission to go home and take the day off, because this is stressing me that every week is something in the NOC.

This is going too far, I thought things would have quiet down and ended by now. I came to work this morning, my monitor was unplugged and various things on my desk was shuffled around. Clearly someone is intimidating me and trying to bully me. I don't find that to be funny or a joke.





PL00155

Thanks,
**Fabrice Lenord | Network Operation Center**
200 Galleria Parkway SE, Suite 900 Atlanta, GA 30339
Ext  x1365 C 678-708-3679
Toll Free 1-800-388-8035 ext 1608



PL00157

**lhcragg@windstream.net**

**From:**        Fabrice Lenord <flenord@racetrac.com>
**Sent:**        Sunday, February 10, 2019 7:56 PM
**To:**          John Sprayberry
**Subject:**     Racial Slur

John,

I would like to meet with you when you have some time to discuss an incident that happened last Wednesday 02/06 around 2:30pm at the NOC techs meeting which Prince Phillips used a racial slur "f*** that N**** towards me, I find it very derogatory and offensive. I'm really not sure what I did wrong about that an email I sent on 02/28 regarding an issue that was resolved and management did not say anything or addressed the situation.

I had that previous issue with the knife which I felt unsafe for over 2 years, and management acted as of my safety concerns was not important. I don't want to let this go that long to the point my coworkers will feel very comfortable to just say any derogatory or racial slurs towards me. I have not done anything to Prince, we barely speak to each other on that one day we work together.

**Thanks,**
**Fabrice Lenord | Network Operation Center**
200 Galleria Parkway SE, Suite 900 Atlanta, GA 30339
Ext  x1365 C 678-708-3679
Toll Free 1-800-388-8035 ext 1608



DEFENDANT'S EXHIBIT
9

000063                                          1                                          PL00189

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | John Sprayberry <jsprayberry@racetrac.com> |
| **Sent:** | Wednesday, February 20, 2019 10:49 AM |
| **To:** | Fabrice Lenord |
| **Cc:** | Greg Oliver; Winston Fitzhugh |
| **Subject:** | Follow up to conversation |

Fabrice, this is to follow up our conversation with an email to summarize what we talked about. I first circled back to you on the accusation you made in regards to Prince using a racial slur towards you. I spoke to Prince and two others that were in the meeting and they in turn spoke to at least one other person to find out if what you said happened was heard by anyone else. None of the 4 could recall the use of the N word that you said you heard and my interpretation of their reactions was genuine shock. I then pointed out that there is a prevailing perception amongst your teammates that you look for conflict, that you do not want to work with them and that you want to keep to yourself as much as you can. I also pointed out that you have in fact told me yourself in the past that you want to just do your job and be left alone. We discussed that Racetrac, IS, Will, myself, Winston, and Greg expect that our teams will work together, will help each other, and will proactively foster good communication so that we can achieve the best results we possibly can. I instructed you to talk to Greg and your teammates to figure out a way to work better with them and that a drastic improvement is needed immediately. Please respond with an acknowledgement that you received this.

Thanks,

John Sprayberry
Director of IT Operations and Support
RaceTrac Petroleum, Inc.
200 Galleria Parkway SE., Suite 900, Atlanta GA 30339
770-431-7600  ext.1650 (O)
678-503-1314 (F)

DEFENDANT'S
EXHIBIT
_10_

000064

1

PL00158

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Fabrice Lenord <flenord@racetrac.com> |
| **Sent:** | Sunday, November 24, 2019 4:32 PM |
| **To:** | Jillian Sanders; Ryan Buckman |
| **Subject:** | RE: Recap of Conversation on 9/12/17 |

This is when he retaliated and called me in front of John Sprayberry and Mark Fender to write me up. Same pattern like the issue about RT148 of May this year.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Greg Oliver <goliver@racetrac.com>
**Sent:** *Wednesday, September 13, 2017 10:52 AM*
**To:** Fabrice Lenord <flenord@racetrac.com>
**Subject:** Recap of Conversation on 9/12/17

Fab,

This is a summary of our conversation yesterday. You were upset about the 3 tickets I assigned you in Service Now to create new servers. You said that it was too much work to do. You also pointed out that other NOC Techs weren't working as hard as you and was upset at their performance. Then you specially stated that Prince didn't complete tickets over the past weekend. At this point, I told you that wasn't your job to judge and compare work and to just do your job. You then replied that this wasn't going to work out and that we need to get HR involved. I then stated that you could setup the meeting. You also unassigned the 3 tickets I previously had assigned to you. Please reply when you receive this email.

Thanks,

Greg Oliver | Associate Manager of IT Ops
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f.  (678) 503-1066



000065                                    1                    PL00164

**DEFENDANT'S EXHIBIT**
tabbies
11



**lhcragg@windstream.net**

| | |
|---|---|
| From: | Greg Oliver <goliver@racetrac.com> |
| Sent: | Tuesday, August 18, 2020 6:58 PM |
| To: | Fabrice Lenord |
| Cc: | Winston Fitzhugh |
| Subject: | RE: Recap of Incident on 8/12/20 |

Fab,

I was advised that the recording wasn't needed and deleted it off of my pc.

Thanks,

Greg Oliver | Associate Manager of IT Ops
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f. (678) 503-1066
**RaceTrac**

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Tuesday, August 18, 2020 4:21 PM
**To:** Greg Oliver <goliver@racetrac.com>
**Cc:** Winston Fitzhugh <wfitzhugh@racetrac.com>
**Subject:** RE: Recap of Incident on 8/12/20

Greg,
The meeting with Winston that you recorded around 12pm on 08/12/20, Can you please send me a copy of it.

Thanks,
Fabrice Lenord RT NOC
Ext x1365  NOC x1608

**From:** Greg Oliver <goliver@racetrac.com>
**Sent:** Thursday, August 13, 2020 12:13 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Winston Fitzhugh <wfitzhugh@racetrac.com>
**Subject:** Recap of Incident on 8/12/20
**Importance:** High

Fabrice,

On yesterday's team standup meeting @ 9:30 am, I used you as an example to share with the team the expectation that was set and how you executed well. You had questions about the way I was handling it and the way you communicated came off as rude and unprofessional. I reacted to you in a way in which I was assuming that was your intention. After we discussed further, you clarified that you didn't intend for the questions to be offensive and it was a miscommunication.

It's important that you have a clear perception of how your words and actions are perceived by those you're conversing with. While your intent may not be to offend, if it's received that way – the situation is now not optimal.

000066                                    1                                    PL00165


DEFENDANT'S
EXHIBIT
12

All RaceTrac employees, including myself, are expected to interact with their team professionally. This situation was not conducted in that way and will not be accepted in the future. Going forward, I hope that you can work on clarifying your intent to avoid distracting situations.

Thanks,

Greg Oliver | Associate Manager of IT Ops
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f.  (678) 503-1066
*RaceTrac*

000067

PL00166

Winston,

Thank you for taking the time to reach this email, I know how busy you are and truly appreciate your consideration for this matter.

This is in regard of the NOC techs stand u meeting on 08/12/2020 at 9am and the zoom meeting with me, you and Greg that follow around 12pm. This is a situation that needs to be addressed so I can continue my work without any distractions.

When Greg addressed me in the meeting, he asked me did I the swapped for firewall for RT2365 for yesterday "08/11/2020". I immediately asked " the node is not down, is it?" he responded he was just making sure to see if the it was swapped and make sure everyone knows, he think he saw me working on it and making sure to get the equipment back. I responded, yes I sent the email yesterday and informed everyone that the node was back online, than I asked do you still want us to send the email or do you want to talk about in the team meeting?. He said, an email need to be sent "Bruh", said some few other words and told me to calm down when I wasn't talking at that point, than he said he was trying to give me props and I'm being a smart ass. He continues to say I'm being a smart ass on the team meeting in front of everybody. He called me a smart ass over 3 times, Than he said he's with it this morning, send him an invite "big dawg" to talk about it after this meeting.

In the meeting, he was leading everybody so he could incite me by calling me "bro, big dawg" after I asked him for direction and clarity, he doesn't have any reason to call me bro or big dawg, that's unprofessional, disrespectful, demeaning, and bullying. than he proceeded on telling me to calm down when I wasn't talking and called me a "smart ass". English is my third language, he's very insensitive about my culture, my tone and the way I talk.

After the meeting you said nothing about Greg admitted calling me a smart ass over 8 times while you on the call, all you said it was a miscommunication and he was trying to point out the good work I was doing. Which was not the case, I was simply trying to get clarity and direction of the process. I never once asked "why" do I have to do that.

Even after the 12pm meeting, I'm not certain if this is a witch hunt or retaliation. I really feel like I was being ambushed in the zoom meeting by being recorded without my knowledge, I was caught off guard when the alert came on saying "this call is being recorded" about 5 minutes into the meeting. I didn't realized I was being reprimanded when I was trying to get clarity and direction about a NOC process, yet I was disrespected by being called " bro, big dawg and Smart ass".

I do exceptional work, I am a team player, I'm very tentative to the business needs, I don't ignore task for the next shift, I don't sleep at work and I complete my tasks, however because I'm a Haitian I'm consistently being insulted, look down up on making fun of because of my accent, my spelling, my tone, they are not being sensitive to my work ethics, my culture. I was called a Haitian Ninja several times in the NOC verbally and in a text by a co-worker.



DEFENDANT'S EXHIBIT
13

PL00143

In the Cohesive Behaviors Training, you asked the instructor about what if someone doesn't fit in the team? It's been about 4 years since I talk much or participate in team functions inside or outside RT, I'm consistently hearing abusive language, insults, belittling, threating physical abuse on other employees. I'm from a poor country, why would I find these things funny or amusing.

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Winston Fitzhugh <wfitzhugh@racetrac.com> |
| **Sent:** | Friday, August 21, 2020 9:47 AM |
| **To:** | Fabrice Lenord |
| **Cc:** | Mike Campbell |
| **Subject:** | RE: Disparity of Treatment and Retaliation |

Thank you Fabrice for taking the time to write all of your thoughts down and include them in a collective email. I will need some time to process everything below but I can tell you right now that while I have not been present or aware of everything that you have mentioned below, your life DOES matter, your contributions DO matter and that I have not witnessed, nor would I ever stand for any discrimination or targeting of anyone due to any qualities that make them who they are. I know that you are likely sleeping right now because you worked the night shift for us last night but I will process this today and this weekend if that is ok with you and circle back on this on Monday? I am requesting some time to properly reflect on my handling of the phone call from the 12th and also on my history of known happenings in the NOC. If this timeline isn't acceptable to you please let me know and we can have a checkpoint before Monday!

Regards,

Winston Fitzhugh

Sr. NOC Manager
RaceTrac Petroleum, Inc. | RaceTrac.com
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
O. (770) 431-7600 ext. 4086  F.  (678) 503-1066

RaceTrac

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Friday, August 21, 2020 7:45 AM
**To:** Winston Fitzhugh <wfitzhugh@racetrac.com>
**Cc:** Mike Campbell <micampbell@racetrac.com>
**Subject:** Disparity of Treatment and Retaliation

Dear Winston,

Thank you for taking the time to read this email, I know how busy you are and truly appreciate your consideration for this matter.

This is in regard of the NOC techs stand up meeting on 08/12/2020 at 9:30am and the 12pm zoom meeting with me, you and Greg. This is a situation that needs to be addressed so I can continue my work without any distraction, his version of this incident is disingenuous.

When Greg addressed me in the meeting, he asked me did I the swapped for firewall for RT2365 yesterday "08/11/2020". I asked " the node is not down, is it?" he responded he was just making sure to see if the firewall  was swapped and make sure everyone knows, he think he saw me working on it and making sure to get the equipment back. I responded, yes I sent the email yesterday and informed everyone that the node was

DEFENDANT'S EXHIBIT 14

PL00159

back online, then I asked "do you still want us to send the email or do you want to talk about in the team meeting?". He said, an email need to be sent "Bruh", said some few other words and told me to calm down bruh when I wasn't talking, than he said he was trying to give me props and I'm being a smart ass. He continues to say I'm being a smart ass about 3 times or so on the team meeting in front of everybody and I can hear laughing on the call. Then he told me to send him an invite "big dawg" to talk about it after this meeting, you jacking my meeting.

In the meeting, he was leading everybody so he could incite me by calling me "bruh, big dawg, and smart ass" I was simply trying to get clarity and direction of the process. I never once asked "why" do I have to do that. He doesn't have any reason to call me smart ass, bruh or big dawg, that's unprofessional, disrespectful, humiliating, demeaning, and bullying. English is my third language, he's very insensitive about my culture, my accent, my tone and the way I talk.

Winston, you were dismissive of the fact Greg was calling me a smart ass over 8 times while you on the call, all you said it was a miscommunication and he was trying to point out the good work I was doing, that was not the case. I'm not certain if this is a witch hunt or retaliation. I really feel like I was being ambushed in the zoom meeting by being recorded without my knowledge, I was caught off guard when the alert came on saying "this call is being recorded " about 5 minutes into our meeting. I didn't realize I was being reprimanded when I was trying to get clarity and direction about a NOC process, yet I was disrespected by being called "bruh, big dawg and Smart ass".

I do exceptional work, I am a team player, I'm very tentative and I go above and beyond for my team and the business needs, I don't sleep at work and I complete my tasks, however because I'm a Haitian I'm consistently being insulted, look down up on, making fun of because of my accent, my spelling, my tone, they are not being sensitive to my work ethics, my culture.

In the Cohesive Behaviors Training, you asked the instructor about what if someone doesn't fit in the team? It's been about 4 years since I talk much or participate in team functions inside or outside RT, I'm consistently hearing abusive language, insults, safety concern, belittling, threatening physical abuse on other employees. I was called a Haitian N**** several times in the NOC verbally and in a text by a co-worker. I'm from a poor country, why would I find these things funny or entertaining.

I'm really glad you are representing black lives matter and the inequality in RT, I would like to talk about all lives matter as well. The company policy states we would treat each other with dignity and respect by the way we communicate with one another. I feel as though I was disrespected by Greg in the meeting, he insulted me by calling me various names. My life matter, my character matter, my integrity matter, my career matter, I matter. I don't think he or the team respects me as a black life, because I'm consistently being reminded that I'm Haitian and made fun of the way I talk and sound.

Again, I would like to thank you for your time and attention to this matter. For the most part it has been a pleasure working in RT and I would like to address this matter, so that I can focus on doing my job to the best of my ability.


**Thanks,**

**Fabrice Lenord | NOC Ext 1608**

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 C 404.708.3679 Toll Free 1-800-388-8035 ext 1365



Kyle Setchel
Available@Home
4:25 PM

oh yes. i'm aware of that. thanks
4:25 PM

Fabio, you still there?
7:28 PM

yes sir.
7:28 PM

I'm all done with my maintenance.
If anybody complains, after now.. It wasn't me!
7:28 PM

ok cool.
no real smooth
7:28 PM

no calls or emails.
7:29 PM

Excellent. Just the way I like it. Flying under the radar.
Just call me a Haitian Ninja in training.
7:29 PM

LOL.
7:29 PM

Enter message here

Desktop    11:02 AM
12/10/2019



DEFENDANT'S
EXHIBIT
tabbies
15

**lhcragg@windstream.net**

| | |
|---|---|
| **From:** | Winston Fitzhugh <wfitzhugh@racetrac.com> |
| **Sent:** | Tuesday, October 6, 2020 10:36 AM |
| **To:** | Fabrice Lenord |
| **Cc:** | Mike Campbell; Laura Repic |
| **Subject:** | Summary of our conversation on 10/5/2020 |

Fabrice,

Thanks for your time to talk with us earlier. I wanted to recap our conversation so that we are all walking away with the same understanding:

1. We appreciate you vocalizing your concerns, and we take employee allegations very seriously. HR has done full investigations and has taken appropriate action when we were able to confirm or verify your concerns. In several instances, though, what has been brought to leaders and HR could not be verified or corroborated.
2. If you bring forward allegations in the future, please do so timely and be prepared to cooperate fully. This means providing names, dates, and evidence when applicable to support your claims. We will continue to do our part in investigating your allegations. I did noticed when we raised this item on the call that you asked "what if an issue occurred 2 weeks ago"? Just to make sure – is there anything you're not raising with us that may have happened 2 weeks ago?
3. Our expectation moving forward is that we operate as a cohesive team and act in a manner consistent with RaceTrac's core values: Honesty, Efficiency, Attitude, Respect, and Teamwork. Being a positive, helpful, and effective NOC team member is critical to the success of the team, department, and organization, and if these expectations are not met, it could result in additional disciplinary action, up to and including termination.

Please confirm receipt of this email.

Regards,

Winston Fitzhugh

Sr. NOC Manager
RaceTrac Petroleum, Inc. | RaceTrac.com
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
O. (770) 431-7600 ext. 4086  F.  (678) 503-1066

*RaceTrac*

DEFENDANT'S
EXHIBIT
tabbies
16

**DEFENDANT'S EXHIBIT**
17

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 410-2021-03018 |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. FABRICE P LENORD | ▓ | ▓ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▓ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (_If more than two, list under PARTICULARS below._)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| RACETRAC PETROLEUM, INC | 501+ | (770) 431-7600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 200 GALLERIA PKWY SE, STE 900, ATLANTA, GA 30339 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-01-2019**  Latest **10-01-2020**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above-employer on October 15, 2012, with my most recent position as a Network Technician. For the past 4 years, since Greg Oliver, Manager, became my supervisor I have been harassed, called racist names and have been written up twice. On or about February 1, 2019, and continuing I have complained to Directors, senior managers and human resources but the harassment and hostile environment has continued. I complained again on or about August 1, 2020, to management and I was given a substandard appraisal. On or about October 1, 2020, I was told by senior management that if I made anymore 'baseless' claims it could lead to termination.

The reason that I was given for my poor appraisal was for leadership. No actions have been taken regarding my complaints.

I believe that I have been discriminated against because of my National Origin (Haitian) race (African American) and in retaliation for opposing unlawful employment practices in violation

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Fabrice Lenord on 04-08-2021 11:44 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

000075

PL00089

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FFPA<br>☒ EEOC | **410-2021-03018** |

|  | *State or local Agency, if any* | and EEOC |

**of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Fabrice Lenord on 04-08-2021 11:44 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

PL00090

January 4, 2022

Laurence Knight, Federal Investigator, EEOC.

RE: Fabrice Lenord's Rebuttal to Racetrac, Inc's Positon Statement
    Fabrice Lenord v. RaceTrac, Inc.
    EEOC Charge No.: 410-2021-03018

Dear Mr Knight:

   This rebuttal is submitted on behalf of myself, Fabrice Lenord to the Position Statement from RaceTrac Inc. entered on December 15, 2021 in response to the above reference charge file by myself, Fabrice Lenord of discrimination on the basis of Race, National of Origin and Retaliation. I was born in Port-Au-Prince Haiti, and currently a US Resident, I'm Haitian "Black" not African American.

I.      REBUTTAL TO RACETRAC'S COMMITMENT TO COMPLYING WITH THE LAW

   RaceTrac has been growing since I joined the company 9 years ago, it provides a secure and stable working environment.  However, since I got promoted to the NOC on November 19, 2013, it has been a very different environment /culture.

- I.e., Racetrac is committed to the principles of equal employment opportunity and strives to ensure that its managers and supervisors comply with all applicable anti-discrimination laws.
    - This is not a true statement, the NOC managers violates the Company and EEOC policies on several occasions and they have stated that they know people in HR and nothing will happen, only will have us watch a video about conduct and policy. Managers and employees have made fun of 01/12/2010 Haiti's natural disaster, my culture, my accent, the way I talk, my work ethic, call/text me racial slur on various occasions. I've reported several incidents of harassment, intimidation, disparity of treatment, to management and HR. I was called Haitian Ninja by Kyle Setchel in front of 2 managers and co-workers, everyone just laugh and said nothing and later Kyle refer to me as Haitian Ninja in the company's chat on 11/14/2019 (Exhibit EA). That was racially motivated, I find it very offensive and unwelcome.

    - On 05/17/2016 I asked Evan Jones can he please stop flipping his knife next to me, this is not very unsafe and I'm uncomfortable. I sent an email to my Associate manager "Roy Erlandsen" about Evan Jones flipping a knife, the joke in the NOC was "Haiti has way more unsafe working conditions" (Exhibit EB). I brought this up to the Sr manager and the Director's attention, this issue was resolved 09/20/2017 (Exhibit EC).



Case 1:22-cv-04423-SCJ     Document 44-2     Filed 09/26/23     Page 43 of 167

- On 09/18/2017 I informed HR of disparity of treatment towards me via email, also expressed how my teammates don't respect my employee rights. Informed HR on how I was afraid of retaliation and intimidation (Exhibit ED). On 11/14/2017 my desk and monitors were tempered with (Exhibit EE).

- On 07/18/2018 I was approached by a DBA Stephen Geraghty asking if I was interested in joining his team, and he expressed how he can mentor and bring me up to speed because I'm always helping him and I know most of the server requirement (Exhibit EF). I applied for the DBA positon on 07/23/2018, On 08/06/2019 I met Brian Mauter the DBA Director and informed him I've applied/interested for the DBA positon. I never received any acceptance or denied email/communication regarding my application, it was later said that I'm running from the NOC when I had a meeting with Brian Mauter on 10/08/2019. At the time 3 previous co-workers t from when I started at Racetrac got promoted to Brian Mauter's IT Security team.

- In 2019 we had a system that was structure base on your ticket counts and project completed for bonus and ended being a salary increase for the following year, Evan Jones fabricated numerous tickets on a weekly basis to meet his weekly numbers. Greg Oliver and Winston Fitzhugh had knowledge of it and allowed it while I had to work 3 times as much to earn my bonus. I have some ticket numbers.

II.     REBUTTAL TO RESPONSE TO CHARGING PARTY'S ALLEGATIONS

- I.e., Charging Party struggled (and continues to struggle) to get along with his colleagues and had developed a reputation within his department for being divisive.
    - My rights continue to be violated in the Racetrac NOC in front of management. I had to work for 17 months with Evan Jones flipping a knife next me or in the NOC. There's a culture in the NOC that's not align with Racetrac or EEOC standard and policies and I don't want to be a part of.

    - On 11/14/2017 I came to work before 7am and find my monitors were unplugged and items on my desk were shuffled (Exhibit EE). I emailed both John Sprayberry the Director and Greg Oliver and I called Oliver to informed him I can't work right now and I went home. I was told by the Director John Sprayberry "it's best to not escalate this issue, because the team will alienate me". Nothing was done and I've never received any communication about this.

000078                                                                    DEF00075

○ On 02/10/2019 I sent an email to the Director John Sprayberry about an incident that happened on 02/06/2019 in the NOC tech meeting, Prince Phillips "NOC Tech" used a racial slur at me because he sent me a text after I left work, he stated "I sent Fab a text, he didn't respond it's like he said Fuck that Nigga". Associate Manager Greg Oliver, Sr Manager Winston Fitzhugh and several NOC Techs were at the meeting (Exhit EE). On 02/20/2019 John Sprayberry emailed me stated "I spoke to Prince and two others that were in the meeting and they in turn spoke to at least one other person to find out if what you said happened was heard by anyone else. I instructed you to talk to Oliver and your teammates to figure out a way to work better with them and that a drastic improvement is needed immediately "(Exhibit EJ).

○ On 02/25/2019 recorded conversation I requested a meeting Greg Oliver per John Sprayberry (Exhibit AA). Oliver stated "they are not afraid of you, they just don't want to bother you, look at your work ethic compare to them, they suck". I was never told what to fix or what I was doing wrong. On 08/25/2020 on a recorded team meeting with HR Caroline Grubbs, Winston Fitzhugh stated he had a sit down with me about this incident when Prince Phillips called me a racial slur, I only spoke to Oliver regarding this issue. Fitzhugh lied to HR about this.

○ On 02/12/2020 recorded conversion the Sr NOC Manager Winston Fitzhugh stated in a team meeting while looking at me in an intimidation way "Bredt Allen, he introduced me as the manager I almost smacked him, I was like I'll be nice, you are a manager, I'm a senior manager". This is the NOC culture I refuse to be part of. (Exhibit AB)

○ On 03/18/2020 recorded team meeting Greg Olive said "fuck that guy, he don't know what he talking about" in reference to Vincent Gomez regarding his token login issue(Exhibit AC and EL). This is the NOC culture in the NOC and Management reporting me being divisive.

A. REBUTTAL To Charging Party Cannot Prove a Prima Facie Case of Race or National Origin Discrimination.
- I.e., While failure to establish any one of these four factors is detrimental to a claim of discrimination, Charging Party cannot establish three different factors.
- I.e., First, Charging party did not suffer an adverse employment action. "An adverse employment action must be tangible to be actionable under Title VII.
  ○ I'm not African American, I'm black of Haitian nationality. I have a Haitian passport and a US resident "Green" card.

○ from 06/11/2019 till 06/21/2019 I was sent to Florida for a project, I had to be away from my daughter for an extended time. I worked 3 days supporting the project in South Florida Regional office and worked my regular schedule in a Hotel from Sunday the 16th till the 18th and drove to West Florida Regional office to support the project till the 21st (Exhibit EK). I had to suck it up and afraid to speak up, this supposed to be a 2 person project on 2 different dates. Winston said "finally we can be ourselves in here".

○ On 10/08/2019 I met with the interim Director Brian Mauter, and HR on 10/09/2019 to put the company on notice. On 10/09/2019 the Sr Manager Winston Fitzhugh went to lunch with almost all of the NOC employees, after that I started hearing jokes about team morals. For a couple of weeks Kyle Setchel  "NOC Engineer" was referring to me as a Haitian Ninja and on 11/14/2019 (Exhibit EA) in Jabber Chat we were talking about work duties and he said "I was to be a Haitian Ninja just like you".

○ I was almost a perfect employee with great reviews in 7 years in Racetrac, after going to HR my 2020 and 2021 yearly evaluation review was below expectation.

○ In 2016, Prior to Greg Oliver being a manager, he stated to me "how come you don't let too much bother you" I said, "I'm here to work" he replied "what is they call you a fucking Haitian" and in another conversation about my work ethic he stated "Haitian love to work".

○ On 06/14/2017 prior to Greg Oliver's promotion, He assigned me ticket that was assigned to him, I politely asked him "let's not do this" he replied "Lol" via email. (Exhitbit EM)

○ On 07/28/2017 Greg Oliver got promoted to Associate Manager. On 08/09/17 (Exhibits EN)He started assigning me tickets that other team members were not completing, I reached out to Greg Oliver and expressed that I was being treated unfairly the guys are watching videos and sleeping at work and I was doing 3 times more tickets than the team. Greg Oliver sent me a recap email on 09/13/2017 (Exhibit EP) stated "that wasn't your job to judge and compare work and to just do your job" I told him, if this is your attitude I will have to get HR involved. and brought me in from of the Director John Sprayberry and Sr Manager Mark Fender.  I have numerous of ticket numbers my teams did not complete and I had to do them. I have videos and pictures of a few team members including Associate manager Greg Oliver sleeping at work.

- ○ On 09/12/2017 I reached to Oliver to approve my vacation for 10/08/2017, on 09/14/2017(Exhibit EQ) he replied via email "For the requests on Sundays, can you please find someone to work that shift for you? Send out an email to the team and copy me on it. If no one replies in a few days, I will assist with getting coverage". I'm the only one working 8am till 8pm on Sundays, Greg Oliver created a new time off policy on 08/18/2017 and sent via email.

- • I.e., When Charging Party learned of Peters' national origin, Charging Party called Peters a "water down Haitian" because Peters is "only half-Haitin". Racetrac does not condone such derogatory rhetoric. Charging Party's bigoted language greatly upset Peters, who conveyed his distress to Oliver (and subsequently Human Resources during an investigation initiated by Charging Party). Likewise, when Peters joined Oliver's team, Peters brought the team candy as an ice breaker. Charging Party berated Peters, asking "what kind of man offers another man candy", snidely teasing if Peters wanted Charging Party to "Fuck [his] wife." Oliver defused the situation, speaking to both men and explaining to Charging Party his unprofessional conduct would not be tolerated.

  - ○ This incident or issue never happened, I never said no such things and there's no date or a recap email From Oliver in regards of this accusation because this is totally fabricated, a complete lie. This is a mere pretext. I never had any conversation to Oliver about this or received any recap email regarding this unprofessional conduct. On 01/16/2019 at 12:07pm (Exhibit ER) I sent an email to Oliver and Winston Fitzhugh about Gerard Peters harassing me via Jabber Chat over the 12pm P1 report, Oliver or Winston never replied or scheduled a meeting regarding this issue. Gerard stayed at his desk and did not attend the 2pm team meeting that Wednesday. This is some of the disparity of treatment I've to endure in Racetrac. On 02/25/2019 (Exhibit AA) on a recorded 1 on 1 meeting with Oliver I brought up how they never addressed the P1 incident with Gerard , he stated "I agreed that did not have to be a fight he was wrong, he talk to him, he escalated that, I don't know why he was so upset about it". Oliver agreed with my teamwork and what I did was perfectly fine, not faulting me for any of the things that happened. On 06/17/2020 (Exhibit AD) recorded 1 on 1 meeting with Oliver to discuss an incident that happened on 06/12/2020, I was not at work where 2 team members were calling/texting profanity, unprofessional and offensive language in the team chat. Oliver stated "we should not tare each other down, and that's not what you do". On 08/25/2020 on a recorded conversation with Fitzhugh and Grubbs, Fitzhugh admitted that Peters was wrong about this incident and they had a

conversation with him about it. Fitzhugh or Grubbs never brought up this story about me using bigoted language and had this unprofessional conduct incident with Peters. On 08/11/2021 on a recorded conversation with Gerard, he spoke about the incident with Prasad on 06/12/2020 where they said some unkind/unprofessional words to each other because Prasad was sleeping at work. Peters brought it up to Oliver's attention and Oliver told Peters to email the Director Mike Campbell about it. Oliver did nothing, did not defused this situation, and did not explain to Gerard and Prasad this unprofessional conduct would not be tolerated. On 11/25/2019 and 12/10/2019 HR never said anything to regarding this accusation. I had/have no issues with Gerard Peters, He was the only person that text me when I went on FMLA in December 2020 and reach out to each other for knowledge sharing.

- I.e., Finally, Charging party was not meeting his job expectations during the relevant time period of the Charge ( and still not, to date). On or about December 2, 2020, Racetrac delivered Charging Party's review (the "substandard appraisal" depicted in his charge). Charging Party received an overall rating of "below expectations," and the review stated in part:
- I.e., On of our core values is Team Work and Fabrice does that partially. He does help and resolve issues that others have worked on and didn't complete, but the other site of team work where he can team and mentor others needs improvement. I know his relationship with the team isn't the best and that holds up his progress for improving his leadership skills.

    ○ On 12/08/2021 on a recorded conversation for my yearly review with Oliver Oliver and Current Director Chris Shoemake: Chris acknowledged that I go above and beyond and see my contribution to the team/company, and did not see the things that I was accused of to be placed on a PIP 08/18/2021. So, therefore ( and still not, to date) is not accurate. Yearly reviews for 2020 and 2021 were substantially motivated by my discrimination complaint. The issue with my team is that I refuse to participate in a continuous hostile environment. The main part of team work is to trust your team members, you cannot work effectively when managers allowed employees to sleep at work and not holding them accountable for not completing job function.

    ○ My 7 previous yearly reviews have been great till I went to HR on 10/09/2019 and Oliver and Winston could not give me specifics on why I did not meet expectations on my review.

    ○ On 01/07/20 (Exhibit AQ) recorded meeting, Prior to Oliver going on FMLA I was not giving the opportunity to be the communication piece for the team,

it was assigned to 2 other members and Oliver stated in the team meeting "Fab is still busy  handling the AVPN and WMS Projects".

○   On 03/18/2020 (Exhibt AC) recorded team meeting, Gerard Peters brought up and issue regarding Vincent Gomez USB token expired and I engaged to share some pointers and Oliver Olive said "fuck that guy, he don't know what he talking about". This is what happened when I'm engaged in team communication and  tried to show leadership and initiate team work and positive work environment. Oliver preferred method of communication was "fuck that guy".

○   04/22/2020 (Exhibit AP) on a recorded 1 on 1 conversation Oliver, he stated "you shouldn't have to pick up other people slacks", I pointed out how 2 person were on lunch and I was the only taking calls and Greg did not noticed till I mentioned.

○   On 06/17/20 (Exhibit AJD recorded 1 on 1 Oliver brought up an incident that happened on Friday, where names were called among 2 team members, a past incident was brought up, and you stated "we should not to tare each other down and that's not what you do". We spoke about 2 weeks prior when a teammate spoke on my behalf in a meeting, I politely said "please don't say I said this or that" and his response was "it's not worth it". Oliiver stated "I remember that incident, I was about to shut him down but you didn't make a thing of it. I appreciated how you dealt with that without escalating it and still turnaround help him out when he needed help with the Optic issue". Oliver or Winston can't tell me the issues I have with my team.

○   On 06/23/20 (Exhibit AJG recorded 1 on 1 with Oliver, I brought up how I'm not part of the tech training and mentoring, and Oliver stated "I didn't want to bother you with training the new guys, you were working on multiple projects". I was not giving the opportunity to train and mentor new team members. Base on my reviews and my performance in 7 years I've always go above and beyond for my teammates, I always have time to assist when help is needed. I was in the building 4 days a week during the pandemic for 4 months. Oliver and Wisnton couldn't tell me specifics on when I did not meet expectation.

○   For years, I've tried my best to support and mentor my teammates, I had several team members that constantly sleep at work, watch movies, not doing their daily job duties/tasks and not completing projects that management are well aware of. When I previously mentioned these issues

to Oliver, he said "don't worry about if the other guys are not working as hard as you, just do your job". I have pictures, audio, videos and ticket numbers to support this, to the point Oliver and Winston are telling team mates "wake up, stand up, come stand up over here" in team meetings and in the NOC room.  I'm being punish for not being a team player and my relationship with my team isn't the best.

B. Rebuttal to Charging Party Cannot Establish a Claim of Retaliation

- I.e., To establish a prima facie case for retaliation, Charging Party must prove that: (1)he engaged in protected activity, (2) Racetrac took an adverse employment action against him, and (3) there was a causal link between the two events. As discussed above, Charging Party has not suffered an adverse action. For that reason alone, Charging Party's retaliation claim must fail. However, Charging Party retaliation claim also fails because there is no connection between any notably, to date, Charging Party remains employed with RaceTrac.

  o I met with HR on October 9th 2019 for about 45 minutes (Exhibit AO) and November 25th 2019 for about 2.5 hours(Exhibit AN), both meeting were recorded by me. I expressed my fear for retaliation and continuous harassment, spoke about the culture in the NOC that's abusive and unlawful.

  o Racetrac mentioned how I failed to provide evidence and concrete examples to support my claims, this is a bias statement when the leadership in the NOC represent Racetrac also received the Racetrac Employement handbook and has power to enforce and hold everyone to that standard. That is not the case in the NOC, managers are fully engaged in harassment, hostile environment and unlawful activities.  At least 1 manager and several team members were present at the time of any of the accusations that I've made, they denied it. This is a very disingenuous team, this kind of culture creates lack of trust in leadership. Racetrac can't tell me or give me specific of when I was the center of conflict within the department, misconstruing intentions and situations, this is a vague accusations with no evidence or documentations. HR never mentioned this issue with Gerard Peters, there's no email or documentation, this is totally fabricated.

- I.e., Notwithstanding, on or about August 21, 2020, Charging Party again expressed concerns regarding is department. This time, Charging Party reached out to Winston Fitzhugh. The impetus for the communication was a virtual meeting that occurred between him (Charging Party), Oliver, Fitzhugh, and his

peers. Charging Party stated that Oliver demeaned him during that meeting and stated the reason for Oliver's behavior toward him is because he is Haitian. Fitzhugh assured Charging Party that he respected Charging Party and thanked Charging Party for bringing his (Charging Party's) concerns to his (Fitzhugh's) attention. Fitzhugh assured Charging Party he would investigate the matter. Fitzhugh contacted Human Resources.

- Correction, Winston Fitzhugh was not in the 08/12/2020 (Exhibit AM) 9:30am meeting with Oliver and my peers, he was in the 08/12/2020 11:45am meeting with me and Oliver. Also, on 08/21/2020 at 7:45am I sent the email to Winston Fitzhugh and Mike Campbell expressing the Culture in the NOC, co-workers calling/texting me Haitian Ninja. (Exhibit AJ)

- On 08/12/2020 (Exhibit AM) 9:30am team meeting with Oliver: In the beginning of the meeting Oliver was having a conversation with Evan Jones about being frustrated over some tickets , Evan Jones said "I'm frustrated about it, because it seems like a dick move to me, they weren't my ticket but still and it seems like a dick move" Oliver said nothing, and continues the meeting. Oliver asked "fab did you do the swap for RT2365,that firewall, everything good with that yesterday" I asked " the node is down, is it?", Oliver said "nah nah, I'm just making sure so everybody can know what happened, I think I saw you worked on that yesterday, I was going over that I know that something you sent out, I'm going to start reviewing equipment that you ship out to make sure you don't slip and forget something," I said " you said to send out an email and I sent one out yesterday and say everything was good " Oliver said "I'm just reviewing it just in case somebody miss the email, it's 9:30am I'm just reviewing it so calm down". I was asking for direction and clarity about a NOC process, I never once ask "why do we need to talk about it now". Oliver said to calm down when I was not talking or saying anything, and Oliver said "you trying to be a smart ass bro, I'm trying to give you props and you being a smart ass" and Oliver laughed. I left the subject alone and Oliver continues to call me a smart ass in front of the team. Oliver said "we can talk about this offline, don't hijack my meeting, I'm with it this morning, let's go, send me an invite bro, big dawg, I'm with it this morning". In the meeting, Oliver was leading everybody so he could incite me by calling me "bro, bruh, big dawg" after I asked him for direction and clarity, he doesn't have any reason to call me bro or big dawg, that's unprofessional, disrespectful, demeaning, and bullying. English is my third language, he's very insensitive about my culture, my tone and the way I talk.

○ On 08/12/2020 (Exhibit AL) 11:45am Meeting with Greg Oliver and Winston Fitzhugh - we spoke about what happened in the 9:30am meeting which Winston was not present. A voice came on saying "this meeting is being recorded" while I was talking, once again I'm being targeted, disparity of treatment, they do not record anyone else on the team. This is when I told Oliver the way he talks to me makes me very uncomfortable, it's very unprofessional, offensive, rude and does not have to talk to me like that. He does not have to say "ass this, fuck that, I'm gonna get on your ass, what's up with the offensive language". Oliver said "what you said is not accurate" in regard to the 9:30am meeting which is a lie on Oliver's part, I have the recording, and Oliver continues saying I was a smart ass about 8 times and ask Oliver why to question and challenge his authority in front of the Sr Manager Winston Fitzhugh. Oliver totally made up his side of the story about me challenging his authority and suggested others were in the meeting and we can ask them. This is showing how he's so comfortable within the NOC culture to have the same story, but they will deny Evan Jones said "dick move" twice in that meeting. Also, Winston was not 100% paying attention as he was giving a password to another call he was on. I never once asked "why or question his authority".

○ On 08/13/2020 (Exhibit EV) Oliver sent me a recap email and stated the way I communicated came off as rude and unprofessional. Oliver turned it against me but, Evan Jones said "dick move" twice and that was not rude and unprofessional. On 08/18/20 I asked Oliver to provide me with a copy of the recording, Oliver stated "I was advised that the recording wasn't needed and deleted it off of my pc". I would say that a great piece of evidence he had to support his allegations against me.

• I.e., All of that to say, Charging Party consistently struggled with teamwork and mentorship of his younger in role peers a critical piece of his role. These expectations were consistently communicated to Charging Party, and ultimately reiterated in his 2020 annual performance review. Recall, Charging Party complained to Human Resources twelve months prior to his December 2020 review. Such a span of time is far too attenuated to establish pretext or to establish the necessary causal connection between Charging Party's complaints and his performance review. And, even more so, Charging Party remains employed with RaceTrac to date, which belies any contention of discrimination.

○ This is clearly retaliation because I've made several discrimination complaints and retaliation against Management. I've been with the company for 9 years and this is the first time in the last 2 years I've gotten a bad review. 2020 Below expectation review came in a shocking

to me, I never though management would go as far as giving me a bad review. I refused to engage in the NOC culture which involved being disrespectful, unprofessional, belittling, racial slur, profanity. Prior to Greg being the manager, I've never had a bad review or a write up.

- For 2020 Yearly review, I had multiple 1 on 1meeting with Greg and never once said I was not meeting expectation and what I need to do to improve my performance. On 08/25/2020 (Exhibit AJ) in a meeting with Sr manager Winston Fitzhugh and HR Director Caroline Grubbs, Grubbs stated, "you are a high performer and it's important to be able to work with the team, have strong relationship, not to say to get in with the jokes with anything that makes you uncomfortable". On 06/23/20 (Exhibit AG) recorded 1 on 1 with Oliver, I brought up how I'm not part of the tech training and mentoring, and Oliver stated "I didn't want to bother you with training the new guys, you were working on multiple projects" and he confirmed he had David Hankerson train the new members. I was not giving the opportunity to train and mentor new team members.

- For 2021, I also received a bad yearly review, below expectation. as previously reported to HR, the use of profanity, offensive language did not stop. on 12/14/2020 I emailed Greg Oliver and Director Chris Shoemake "I would like to get some clarification on how to continue with my improvement to meet expectation, can you please share some specific examples or circumstances on how/when I didn't meet expectations or show Peer Leadership and Communication and not being a team player prior to 07/20/2021. From 03/01/2021 to 07/20/2021 I can only remember the two times we met for 1 of 1, excuse me if I may have miss some". All the communications have been recorded. On 12/22/2021 recording for my review discussion, Greg said "we discussed it and we don't really want to go and give you examples of here this day and that day where you were below expectations or wasn't doing what we ask you to as it played out in your job roles". Greg Oliver sent me a copy of my 2021 Yearly review and a copy of my PIP that was different/enhanced from the one I received with our signatures. (Exhibit EU and EU -PIP Signed)

- On 03/01/2021 (Exhibit AK) recorded 1 on 1 with Greg: You welcome me back and went over the department and team missions, also you spoke about the new contractors working on SDWAN project and for me to help trained on other things when they have time.

○ 03/24/2021- you sent me a message via Teams to get with a New Hire to train him up. I'm still assisting the team as needed, and Jeff Stiteler is doing great with ticket counts and always ready to handle the business need. I also have private chat conversation from all of my teammates asking questions and mentor as needed.

○ On 07/20/2021(Exhibit AH) recorded 1 on 1 for my Mid year review Oliver spoke about my ticket counts, and said I was doing a great job. Oliver never said anything about I'm not meeting my job expectation.

○ On 07/22/2021 (Exhibit AI) at 10am recorded meeting with the Director Mike Campbell to speak to me about my mid year review, it was then I learn I was not fully meeting my job expectation. When I asked Campbell why, he stated my teammates don't want to work with me because I go to HR, I burn bridges. One of the reasons was for communication, Racetrac keeps ignoring the fact the environment/conduct in the NOC continue and I'm very uncomfortable.

○ On 08/18/2021 I was placed on "PIP" Performance Improvement Plan: The reasons were, Peer leadership: I've trained 1 new hire and help everyone throughout the year, they can't tell me when have I refuse support to any teammates. Communication: I'm not able to get any specifics from management, only was told my teammates don't want work with me.

○ 09/29/2021 (Exhibit AF) I was removed from Performance Improvement Plan,Greg Oliver and Chris Shoemake stated "over all I do want to say I do appreciated you showing improvements and kinda take this seriously and because these are requirements of the role, we've already been thru the improvement process, if we deviate from what the role requirements are, or if we have any more performance issues, I just want to set the expectation we won't necessarily go into another PIP, we just move on to the next stage of the performance progression up to including termination". I asked for a copy of my job description, Chris said we'll note we are in the process of updating your job descriptions, we can send you send you what it is today, but that's one of the task I've taking on from taking over the groups, we're updating them to the current standard. We'll send it to you". So, I was on a PIP and being measure for a job description that being created/edited and was not made aware of my job description changes. I was told part of my job as NOC T2 is to create knowledge base articles, I created 7 in August and September 2021. The other 2 NOC T2 created 1 in march 2021 and 2 in Nov 2021, the job duties doesn't apply for all the NOC T2. Prasad Udwadia told, he was place on a PIP 3 times and in team meetings thy simply tell him to wake up and come stand up.

○ On 09/13/2021(Exhibit ES) Greg Oliver sent me an email with Chris Shoemake CC "I see we received 3 termination tickets early this past Saturday morning on 9/11/21 @ 5AM. These are still open as of today, Monday 9/13/21. Can you please let me know why you didn't get to these critical tickets during your shift on Sunday 9/12/21?" This is another attack/retaliation, I've been telling Greg and Previous managers about these critical ticket untouched for days  for over 5 years and nothing has been done (Exhibit ET).  On 06/22/21 Greg Oliver saw 4 critical tickets SCTASK0080967 SCTASK0080969 SCTASK0080968 SCTASK0080552 SCTASK0080553 that was assigned to Prince Phillips from 05/29/2021 and were not processed/completed, Oliver assigned David Hankerson to complete all 4 tickets. Fast forward to 09/13/2021 Prince Phillip worked 8am till 8pm that Saturday 09/11/2021 and Matt Croom when the tickets came in. on 09/04/2021 2 critical ticket SCTASK0087431 SCTASK0087425 were left in the queue and Evan Jones and Prince Phillip worked 12 hours.  on 05/09/2021 I processed 3 critical tickets SCTASK0079641 SCTASK0079642 SCTASK0079643 from 05/08/2021 when Prince Phillip and David Hankerson worked 12 hours each.   When it comes to me, Greg Oliver goes always get the Sr managers or Director involve , but others have been getting away with it for years.

CONCLUSION

• I reach out to HR to put the company on notice and brought forth the behavior of managers and co-workers that's against the Company and EEOC Standard and Policies. Bottom line, Racetrac is not holding the NOC managers accountable for their actions and the culture they have created in the NOC. Where I was born should not be a problem to why I didn't get promoted, I didn't move to the DBA department, the way employees talk to me, being placed on a Performance Improvement Plan when co-workers sleeps all the time, and finally retaliated against by receiving 2 bad yearly review that could not me measure or explain.  I did not want things to get to this point, unfortunately Racetrac HR would not do anything to stop it. It's Racetrac responsibility to place/hire or promote managers that aligned with their Core Values and Leadership Qualities to the highest standard. Everything that was submitted to HR by manager against are baseless, there's no evidence to support them.

Please don't hesitate to reach to reach out to me regarding any questions you may have or additional information.

Thank you.

Fabrice Lenord.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/09/2022

**To:** Mr. Fabrice P. Lenord

███████████████████

Charge No: 410-2021-03018

EEOC Representative and email:    Laurence Knight
                                 Senior Federal Invetigator
                                 laurence.knight@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2021-03018.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
08/09/2022

Darrell Graham
District Director



PL00087

**Cc:**
Loren Friedman
RACETRAC
200 Galleria Pkwy Se Ste 900
Atlanta, GA 30339


Please retain this notice for your records.



**Lenord, Fabrice Perack**

NOC Technician II

Manager: Greg Oliver (Terminated) (201692)
Evaluated By: Greg Oliver (Terminated) (201692)

**2017 Performance Review**

Organization: Greg Oliver (Chris Shoemake (244144)
(Inherited))

Location: 1168 RaceTrac Store Support Center
01/01/2017 - 12/31/2017

## Overall

### Manager Overall Evaluation

Rating:          4-Sometimes Exceeds

Comment:       Fabrice is the highest performer on our team in Service Now. Fabrice is always on time and completes
all tasks his own. Fabrice is a great asset to our team.

### Employee Overall Evaluation

Rating:

Comment:

## Additional Manager Comments

Section Summary

### Manager Evaluation

Comment:

### Employee Evaluation

Comment:



DEFENDANT'S
EXHIBIT
20

# 2018 Performance Review

## Review Period  1/1/2018 - 12/31/2018



**REVIEWER**
Greg Oliver (Manager), Winston Fitzhugh (Manager - Co-Planner)



## Fabrice Lenord

NOC Technician II
Position



## Overview

### Task Instructions

The Performance Review is an evaluation of an employee's progress, results, and performance. Please reflect on all of the employee's responsibilities when completing the review.

## Overall Rating of Expectations

### Directions

Expectations are the ongoing tasks and activities unique to the employee's role as found in their Role Profile. They reflect the work for which the employee is responsible on a regular basis.

### Rating Scale

| Rating | Description |
|---|---|
| Too New To Rate | Employee has not been in the position long enough to rate performance. |
| Consistently Below | Continually fails to meet set standards of performance. Fails to achieve a majority of what is expected. |
| Sometimes Below | Fails to meet one or more responsibilities or expected actions associated with set standards of performance. Improvement is necessary in one or more assigned responsibilities or expected actions. |
| Fully Meets | Consistently meets agreed upon set standards of performance. Fulfills all requirements and is a solid contributor on a regular basis. |
| Sometimes Exceeds | Meets position/role(s) expectations at all times and sometimes exceeds expectations by making a significant contribution. Performs beyond given set standards of performance on one or more occasions. |
| Consistently Exceeds | Continually performs at a superior level in all or almost all aspects of set standards of performance. Makes exceptional or unique contributions to the department and company. |

### Please provide an overall rating of expectations.

| Reviewer | Rating |
|---|---|
| **Greg Oliver** (Manager) | Sometimes Exceeds |

| Comments |
|---|

**Greg Oliver** (Manager):
Fab constantly performs at a high level of completing Service Channel tickets. Fab also is heading one of our projects with AT&T.

## ob Goals

### Directions

Job Goals are the projects and process improvements that play a role in your larger department strategy.

Please rate the employee's progress, results, and performance for each Job Goal.

### Rating Scale

| Rating | Description |
|---|---|
| Too New To Rate | Employee has not been in the position long enough to rate performance. |
| Consistently Below | Continually fails to meet set standards of performance. Fails to achieve a majority of what is expected. |
| Sometimes Below | Fails to meet one or more responsibilities or expected actions associated with set standards of performance. Improvement is necessary in one or more assigned responsibilities or expected actions. |
| Fully Meets | Consistently meets agreed upon set standards of performance. Fulfills all requirements and is a solid contributor on a regular basis. |
| Sometimes Exceeds | Meets position/role(s) expectations at all times and sometimes exceeds expectations by making a significant contribution. Performs beyond given set standards of performance on one or more occasions. |
| Consistently Exceeds | Continually performs at a superior level in all or almost all aspects of set standards of performance. Makes exceptional or unique contributions to the department and company. |

### Overall rating of Job Goals results:

| Reviewer | Rating |
|---|---|
| **Greg Oliver** (Manager) | Fully Meets |

## Overall Rating of Development

### Directions

Development Goals support an individual's professional growth. They may relate to Core Values, Leadership Qualities, 360 feedback, or specific job skills.

### Rating Scale

| Rating | Description |
|---|---|
| Too New To Rate | Employee has not been in the position long enough to rate performance. |
| Consistently Below | Continually fails to meet set standards of performance. Fails to achieve a majority of what is expected. |
| Sometimes Below | Fails to meet one or more responsibilities or expected actions associated with set standards of performance. Improvement is necessary in one or more assigned responsibilities or expected actions. |
| Fully Meets | Consistently meets agreed upon set standards of performance. Fulfills all requirements and is a solid contributor on a regular basis. |
| Sometimes Exceeds | Meets position/role(s) expectations at all times and sometimes exceeds expectations by making a significant contribution. Performs beyond given set standards of performance on one or more occasions. |
| Consistently Exceeds | Continually performs at a superior level in all or almost all aspects of set standards of performance. Makes exceptional or unique contributions to the department and company. |

**Please rate the employee's effort, progress, and application of developing them self over the past year.**

| Reviewer | Rating |
|---|---|
| **Greg Oliver** (Manager) | Fully Meets |

| Comments |
|---|

**Greg Oliver** (Manager):
Fab is leading our AVPN project and is doing well with managing the progress.

## Leadership Qualities

### Directions

As a reminder, the Leadership Qualities are listed below.

- **Builds and Leverages Talent:** Promotes individual and team development through feedback, collaboration, and new opportunities.
- **Innovates and Embraces Change:** Generates, supports, and adapts to innovative solutions that improve the business.
- **Guest Customer Focused:** Strives to deliver high quality service and products while sustaining relationships with our external guests and internal customers.
- **Plans and Acts Strategically:** Supports RaceTrac's goals and vision by planning strategically and considering multiple factors to maintain competitive awareness.
- **Executes for Results:** Pursues the achievement of quality results and remains accountable for meeting deadlines.
- **Engaged:** Shows passion, energy, and commitment in work and inspires engagement in others.
- **Relates to Others:** Demonstrates strong communication and interpersonal skills while relating to others.

### Rating Scale

| Rating | Description |
|---|---|
| Builds and Leverages Talent | Promotes individual and team development through feedback, collaboration, and new opportunities. |
| Innovates and Embraces Change | Generates, supports, and adapts to innovative solutions that improve the business. |
| Guest Customer Focused | Strives to deliver high quality service and products while sustaining relationships with our external guests and internal customers. |
| Plans and Acts Strategically | Supports RaceTrac's goals and vision by planning strategically and considering multiple factors to maintain competitive awareness. |
| Executes for Results | Pursues the achievement of quality results and remains accountable for meeting deadlines. |
| Engaged | Shows passion, energy, and commitment in work and inspires engagement in others. |
| Relates to Others | Demonstrates strong communication and interpersonal skills while relating to others. |

**Please select a Leadership Quality that is this employee's top strength they should continue to capitalize on to meet the needs of the business.**

| Reviewer | Rating |
|---|---|
| **Greg Oliver** (Manager) | Executes for Results |

### Comments

**Greg Oliver** (Manager):

Fab always completes what's given to him with speed and accuracy.

## Please select a Leadership Quality that is critical for this employee to focus on and develop to better meet the needs of the business.

| Reviewer | Rating |
|---|---|
| **Greg Oliver** (Manager) | Builds and Leverages Talent |

| Comments |
|---|
| **Greg Oliver** (Manager): |
| I would like for Fab to share more of his knowledge with the lower NOC techs to help build their skills in troubleshooting. |

## Do you have any other comments for this employee related to Leadership Qualities?

| Comments |
|---|
| **Greg Oliver** (Manager): |
| Fab has the knowledge and skills to be a leader. I would like for him to be more vocal and interactive with the team. |

## Overall Rating & Comments

### Directions

Please provide an overall rating and summary of results for the year.

### Rating Scale

| Rating | Description |
|---|---|
| Too New To Rate | Employee has not been in the position long enough to rate performance. |
| Consistently Below | Continually fails to meet set standards of performance. Fails to achieve a majority of what is expected. |
| Sometimes Below | Fails to meet one or more responsibilities or expected actions associated with set standards of performance. Improvement is necessary in one or more assigned responsibilities or expected actions. |
| Fully Meets | Consistently meets agreed upon set standards of performance. Fulfills all requirements and is a solid contributor on a regular basis. |
| Sometimes Exceeds | Meets position/role(s) expectations at all times and sometimes exceeds expectations by making a significant contribution. Performs beyond given set standards of performance on one or more occasions. |
| Consistently Exceeds | Continually performs at a superior level in all or almost all aspects of set standards of performance. Makes exceptional or unique contributions to the department and company. |

### Overall rating for the performance review:

| Reviewer | Rating |
|---|---|
| **Greg Oliver** (Manager) | Fully Meets |

#### Comments

**Greg Oliver** (Manager):
Fab has been the leader of ticket completions on our team and continues to be the top performer. Fab is also a very dependable and always on time. Fab is just fabulous!

### What should this employee focus on in the next year to continue to meet the expectations of their role and the goals they want to achieve?

#### Comments

**Greg Oliver** (Manager):
I would like to see Fab do more project work with engineers to learn more about other networking branches. I would also like Fab to be a little more vocal with the NOC techs and provide guidance/help with troubleshooting when necessary.

## erformance Review Sign Off

### Directions

By signing, both the employee and manager acknowledge that an annual Performance Review has been completed and that the manager has shared their feedback with the employee.

X fabrice lenord
Self

12/26/2018
Date

X Greg Oliver
Manager

12/26/2018
Date

### Comments

**Fabrice Lenord** (Self):

...



**Lenord, Fabrice Perack**
NOC Technician II

Manager: Greg Oliver (Terminated) (201692)
Evaluated By: Greg Oliver (Terminated) (201692)

Performance Check-In

Organization: Greg Oliver (Chris Shoemake (244144)
(Inherited))
Location: 1168 RaceTrac Store Support Center
01/01/2019 - 12/31/2019

## Overall Rating

### Manager Overall Evaluation

Rating:              Above Expectations

### Employee Overall Evaluation

Rating:              Above Expectations

## Acknowledgement

### Employee

Entered by:       Fabrice Lenord (Terminated) (210260)    Date:      12/24/2019
Status:              I acknowledge
Comment:

## Expectations

## Goals

1.   Attendance
a.   Adhere to the NOC and RaceTrac Attendance policies.

2.   Ticket completions
a.   Responsible for completing the role specified amount of tickets per week.

3.   Weekly Ticket Updates
a.   Provide an update on every ticket in queue at least once a week.

4.   P1 Updates
a.   Will follow the process to provide the most accurate information for the P1 email.

5.   SLA Breach Tickets
a.   Responsible for not having more than 5 breach SLA tickets in my queue.

6.   Aging Tickets Not on Hold
a.   Have no more than 3 tickets that are older than 7 days. These are tickets not on Hold status.

Due Date:   **12/31/2019**      Status:   In Progress      Completion Date:

Manager Evaluation                                  Employee Evaluation

Comment:     Fabrice consistently performed at a high level     Comment:
             and reached all his goals throughout the year.

## Strengths and Opportunities

### Areas of Strength

**Please provide details around this individual's areas of strength.**

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment:     One of Fabrice's strength is having a strong work ethic. Fabrice is good at problem solving. He also is very consistent with his work and is very focused. Fabrice is a self starter and very independent. | Comment:     very dependable: able to follow orders: focus on the business needs. |

### Areas of Improvement

**Please provide details around this individual's areas for improvement.**

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment:     Fabrice can work on his relationships with his team members. Fabrice can also build his knowledge in other areas of networking that are non-store related. I would also like for Fabrice to work on being more vocal. | Comment:     need to get training on the Azure and the Automate environment. |



## Lenord, Fabrice Perack

NOC Technician II
Manager: Greg Oliver (201692)
Evaluated By: Greg Oliver (201692)

## Performance Check-In (2020)

Organization: Greg Oliver (Greg Oliver (201692))
Location: 1168 RaceTrac Store Support Center
01/01/2020 - 12/31/2020

## Overall Rating

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | Below Expectations |
| Comment: | Fabrice completes his tasks and tickets with great production. He does have issues with working with his team which is highly necessary for our NOC team to do everyday. The NOC Tech 2 is expected to help train, mentor, and assist NOC Tech 1 team members. He has recently shown an example of the leadership that we expect from Fabrice by helping the team with our FOS token issues. We need this type of skill to continue to develop and grow. Due to this deficiency, Fabrice is not meeting a key expectation of his role. Therefore, he did not meet all of his expectations and is rated below expectations. |

### Employee Overall Evaluation

| | |
|---|---|
| Rating: | Above Expectations |
| Comment: | I definitely go above and beyond to keep the business needs running, I'm very attentive and respond quickly to the business.  I've completed several challenging projects and provided ongoing support.  I'm always willing to help and provide assistance to others in their tasks when asked, and see mistakes as an opportunity for learning and development. |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Fabrice Lenord (210260) | Date: | 12/02/2020 |
| Status: | I acknowledge | | |
| Comment: | I would like to note for the record that I respectfully disagree with some of the information contained in my annual performance review. This assessment comes as a real surprise to me, I definitely agree and aware of the RT Core values and team work. | | |

01/07/20 – Prior to you going on FMLA I was not giving the opportunity to be the communication piece for the team, it was assigned to 2 other members and you stated in the team meeting "Fab is still busy handling the AVPN and WMS Projects".

04/22/20- Greg 1 on 1: You mentioned how I shouldn't have to pick up other teammates Slacks, and You stated " if I was you, I would be pissed off if these things were keep happening to me". We spoke about how I didn't have any issue with my team asking me to ship out equipment during the Covid.  We spoke about how I stayed late to help/train a teammate with the safenet token/server last Sunday.

06/17/20- Greg 1 on 1:  You brought up an incident that happened on Friday, where names were called amongs team members, a past incident was brought up, and you stated "we should not to tare each other down and that's not what you do".
We spoke about 2 weeks prior when a teammate spoke on my behalf in a meeting, I politely said please don't say I said this or that and his response was "it's not worth it". you stated "I remember that incident, I was about to shut him down but you didn't make a thing of it. I appreciated how you dealt with that without escalating it and still turnaround help him out when he needed help with the Optic issue".

**06/23/20** I brought up how I'm not part of the tech training and mentoring, and you stated "you didn't want to bother me with training the new guys, I was working on multiple projects". I was not giving the opportunity to train and mentor new team members.

Base on all my reviews and my performance over the years I've always go above and beyond for my teammates, I always have time to assist when help is needed. I was in the building 4 days a week during the pandemic for 4 months.

## Expectations

- Provides maintenance and technical support to the company's operating systems, including networks, workstations, operating systems, and software applications.
- Obtains technology requirements for various projects and assists in developing the functional specifications for implementation to ensure the customer's needs are met.
- Addresses and responds to customer issues and concerns in a timely manner. Provides the appropriate solutions to problems as needed.
- Ensures the availability, continuity, and security of data and information related to the organization.
- Supports the installation and configuration of the Wide Area hardware and software. Ensures new users are equipped with the appropriate training tools and customer support.
- Performs routine preventative maintenance on network hardware and software.
- Responsible for completing 25 tickets per week.


- Manage a project
- Be an escalation point for NOC Tech 1 techs
- Mentor and assist NOC Tech 1 techs


## Goals

1. Attendance
a. Adhere to the NOC and RaceTrac Attendance policies.

2. Ticket completions
a. Responsible for completing the role specified amount of tickets per week.

3. Weekly Ticket Updates
a. Provide an update on every ticket in queue at least once a week.

4. P1 Updates
a. Will follow the process to provide the most accurate information for the P1 email.

5. SLA Breach Tickets
a. Responsible for not having more than 5 breach SLA tickets in my queue.

6. Aging Tickets Not on Hold
a. Have no more than 3 tickets that are older than 7 days. These are tickets not on Hold status.

In Progress

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: Fabrice meets his goals for his role. | Comment: I try my best as I can to keep a positive attitude towards my job and my co-workers. I choose to come to the office daily with a smile no matter how challenging sometimes it is.<br>I take my day to day tasks and challenge myself to see where I can make improvements. |

Additional Manager Evaluation

## Development Items

Azure, Cisco, SQL.

Status:  In Progress

## Performance Questions

### Overall, what could have gone better? (Challenges, setbacks, etc.)

| Manager Evaluation | Employee Evaluation |
|---|---|
| Response: One of our core values is Team Work and Fabrice does that partially. He does help and resolve issues that others have worked on and didn't complete, but the other side of team work where he can teach and mentor others needs improvement. I know his relationships with the team isn't the best and that holds up his progress for improving his leadership skills.<br><br>Fabrice also had an communication incident with myself this year. | Response: I still don't have access to the Automate System, the training was done on the day I was off and I'm not able to access it.<br>Hold employees accountable. |

Additional Manager Evaluation

### Overall, what went well? (Wins, accomplishments, etc.)

| Manager Evaluation | Employee Evaluation |
|---|---|
| Response: Fabrice did complete the APN project that took a total of 2.5 years. This was a big team success.<br>He also managed the configuration and repairs for the handhelds and printers for the warehouse team. | Response: RT is a great company, it's always new projects and new skills to learn. I had several big projects that worked on and completed this year. |

Additional Manager Evaluation



# Lenord, Fabrice Perack

NOC Technician II
Manager: Greg Oliver (201692)
Evaluated By: Greg Oliver (201692)

# Performance Check-In (2021)

Organization: Greg Oliver (Greg Oliver (201692))
Location: 1168 RaceTrac Store Support Center
01/01/2021 - 12/31/2021

## Overall Rating

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | Below Expectations |
| Comment: | Fabrice's role as a T2 NOC Tech has the expectation to function as a peer leader and collaborate with all of his teammates to resolve issues, produce knowledge base articles and training documentation, and teach his peers how to solve these issues. Throughout the year, Fabrice was not meeting that expectation fully and was placed on a Performance Improvement Plan on 8/18/2021 to rectify these issues. Fabrice has since shown improvement from when the PIP was implemented and has been taken off of the formal performance improvement plan as of 9/29/2021. Fabrice is expected to continue this positive change as it is a part of his role as a T2. |

Due to the previous on-going issues with his peer leadership skills throughout the majority of the year, Fabrice has not met all of his expectations consistently this year. Should Fabrice continue to improve and stay the course he is currently on, Fabrice will be meeting the expectations of his role moving forward.

We have also established a bi-weekly 1 on 1 meeting between Greg and Fabrice. We are monitoring and assisting Fabrice where necessary to ensure that Fabrice will continue to improve his peer leadership skills. Fabrice needs to continue to create KBs in ServiceNow to share knowledge and assist the team with these issues as they arise. Fabrice is also going to begin working on completing firewall videos on LinkedIn learning to further his career development.

### Employee Overall Evaluation

| | |
|---|---|
| Rating: | Above Expectations |
| Comment: | * Accurate, neat, attentive to detail, consistent, thorough, high standards, follows procedures.<br>* Adept at oral and written communication, shares information with peers and supervisors, handles internal and external communications.<br>* Keeps up with work load, steady, consistent, willing to put in extra effort.<br>* Willingness to make decisions, makes appropriate decisions, ask questions when needed. |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Fabrice Lenord (210260) | Date: | 12/29/2021 |
| Status: | I acknowledge | | |
| Comment: | I would like to note for the record that I respectfully disagree with my 2021 annual performance review. From 03/2021 till 07/2021, I can recall meeting 1 on 1 possibly 3 times. From March 2021 I was assigned to trained/mentor the new hires, which I'd dedicated my time and made myself available whenever needed. I've never once refused support/training or said no I can't help/mentor my peers. | | |

03/01/2021-11:44am Greg 1 on 1: My first day back from FMLA, you spoke about some leadership changed. Winston no longer the senior Manager you are the manager now, and discussed team/individual goals for 2021. You spoke about Contractors we have working the SDWAN project, and some various other projects going on. You mentioned a few employees that no longer with RT and how ambulance had to be called for an employee.

03/24/2021-9:26am I was assigned to train a new team member from Greg via Teams chat/messaging.

05/03/2021-3:24pm Greg message via Team chat/message- "you still training Jeff? how's it going? At that point it was my understanding I was doing what was asked of me, I was training/mentoring the new hires and my peers.

07/20/2021-3:34pm Mid Year review with Greg: you went over my ticket counts/total, and telling me I was doing a great job. You brought up how Mike is pushing a development goal for everyone to study and take the Azure certification, and how do I feel about taking the cert? you stated some of my goals were missing. At the end of the review, you asked me 2 questions that Mike wanted to know from the team:" are you happy with what you're doing, is there' something else you rather be doing? I spoke to him about my lack of trust. Not once Greg mentioned I'm not meeting expectation within my job description, simply said I'm doing a great job and I always take care of business.

07/22/2021-10am Mike follow up request on Mid Year Review- This is the first time I'm finding out that I'm not meeting expectation, I'm not doing everything within my job description. Mike stated "part of my role is to collaborate with my teammates, that's why I still continue to not meet expectation" and "you have no ability in order to cross pollinate with the rest of the guys", "because they had so many interpersonal problem in the past".

09/29/2021-4:30pm Performance Improvement Plan conclusion- Chris conclusion "you've kind of been this way since I picked up over the team, you're not exhibiting those behavior Mike was saying in the beginning of this". Chris suggested we will have biweekly 1 or 1. I requested a copy of my Job description "NOC Tech II", I was told "we are in the process of updating those Job description, we can send you what it is today".

You indicate that I have a communication issue, however, I've expressed several times about constantly hearing belittling, profanity, offensive and unprofessional language which makes me very uncomfortable. Based on what I have outlined, I would like this review removed from my employee file.

## Expectations

- Provides maintenance and technical support to the company's operating systems, including networks, workstations, operating systems, and software applications.
- Obtains technology requirements for various projects and assists in developing the functional specifications for implementation to ensure the customer's needs are met.
- Addresses and responds to customer issues and concerns in a timely manner. Provides the appropriate solutions to problems as needed.
- Ensures the availability, continuity, and security of data and information related to the organization.
- Supports the installation and configuration of the Wide Area hardware and software. Ensures new users are equipped with the appropriate training tools and customer support.
- Performs routine preventative maintenance on network hardware and software.
- Responsible for completing 25 tickets per week.

## Goals

1. Attendance
a. Adhere to the NOC and RaceTrac Attendance policies.

2.    Ticket completions
a.    Responsible for completing the role specified amount of tickets per week.

3.    Weekly Ticket Updates
a.    Provide an update on every ticket in queue at least once a week.

4.    P1 Updates
a.    Will follow the process to provide the most accurate information for the P1 email.

5.    SLA Breach Tickets
a.    Responsible for not having more than 5 breach SLA tickets in my queue.

6.    Aging Tickets Not on Hold
a.    Have no more than 3 tickets that are older than 7 days. These are tickets not on Hold status.

Due Date:    12/31/2021    Status:    In Progress    Completion Date:

Manager Evaluation

Comment:    Fabrice has meet his goals listed above.

Employee Evaluation

Comment:    *Quickly adapts to changes in the performance of required duties.
* Responds well to change in various situations.
* Clearly communicates ideas and thoughts in team meetings and conferences.
* Exceeds expectations in arriving on time for work, including meetings and conferences.
* An effective team player, demonstrated by my willingness to help out and contribute as required.
* Breaks a problem down before analyzing it in a more detailed manner
* Accepts coaching in various job duties and applies training to improve xx ability.

Additional Manager Evaluation

## Development Items

Earn the Azure Az-900 certification by the end of 2021.  o   This supports the target of 10 Azure certifications achieved in 2021 by our tea

Additional Information:    Earn the Azure Az-900 certification by the end of 2021.
o   This supports the target of 10 Azure certifications achieved in 2021 by our team.

Status:  In Progress

## Performance Questions

Overall, what could have gone better? (Challenges, setbacks, etc.)

| Manager Evaluation | Employee Evaluation |
|---|---|
| Response: Continue to produce knowledge base articles for processes that aren't documented but are known to him.<br><br>Work with all teammates consistently and provide guidance when needed. | Response: *Focus on opportunities for growth.<br>*Achievements. |

Additional Manager Evaluation

## Overall, what went well? (Wins, accomplishments, etc.)

| Manager Evaluation | Employee Evaluation |
|---|---|
| Response: Fabrice completed a high number of tickets this year that met his role expectation. Fabrice has started to show more leadership and collaboration skills toward the end of the year. | Response: *Teamwork<br>*Productivity<br>*Communication Skills |

Additional Manager Evaluation



# Performance Improvement Plan (PIP)
### Confidential

**TO:**     **Fabrice P. Lenord**
**FROM:**   **Mike Campbell/Chris Shoemake**
**DATE:**   **August 16, 2021**
**RE:**     **Performance Improvement Plan (PIP)**

The purpose of this Performance Improvement Plan (PIP) is to define serious areas of concern, gaps in your work performance, reiterate Racetrac's expectations, and allow you the opportunity to demonstrate improvement and commitment.

**Areas of Concern:**

- *Leadership*
- *Communication*
- Training

**Observations, Previous Discussions or Counseling:**

*July 22, 2021 I was informed by Mike Campbell that I'm not meeting part of my expectation.*

**Step 1: Improvement Goals:** These are the goals related to areas of concern to be improved and addressed:

| | |
|---|---|
| 1. | Leadership |
| 2. | Communication |
| 3. | Training |

**Step 2: Activity Goals:** Listed below are activities that will help you reach each goal:

| Goal # | Activity | How to Accomplish | Start Date | Projected Completion Date |
|---|---|---|---|---|
| 1 | Training | Provide support/mentorship to share knowledge and train on projects, and daily business needs. | 08/16/21 | 09/16/21 |
| 2 | Communication | Be more vocal in team meetings, and pay more | 08/16/21 | 09/16/21 |

Performance Improvement Plan

000096



DEFENDANT'S EXHIBIT
21
tabbies

Page 1 of 3

PL00174

| | | attention in the team chat for support. | | |
|---|---|---|---|---|
| 3 | Leadership | Listen to issues, show resilience, and influence good work ethic. | 08/16/21 | 09/16/21 |

**Step 3: Management Support:** Listed below are ways in which your manager will support your Improvement activities.

| 1. | Weekly meeting to show/provide improvement. |
|---|---|
| 2. | Provide feedback positive/negative on weekly performance. |
| 3. | |

**Step 4: Expectations:** The following performance standards must be accomplished to demonstrate progress towards achievement of each Improvement goal:

| 1. | Communicate with my teammate on daily business activities/needs. |
|---|---|
| 2. | Help train/mentor NOC Tech 1 |
| 3. | |
| 4. | |
| 5. | |

**Step 5  Progress Checkpoints:**  The following schedule will be used to evaluate your progress in meeting your Improvement activities.

| Goal # | Activity Daily | Checkpoint Date | Type of Follow-up (memo/call/meeting) | Description | Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Follow-up Updates**:  You will receive feedback on your progress according to the following schedule:

| Date Scheduled | Activity | Conducted By | Completion Date |
|---|---|---|---|
| 08/18/2021 | Meeting | | |
| 08/25/2021 | Meeting | | |
| 09/01/2021 | Meeting | | |

**Timeline for Improvement, Consequences & Expectations:**

Performance Improvement Plan

**Signatures:**

Print Employee Name:  Fabrice P. Lenord

Employee Signature:  Fabrice Lenord

Date:                    August 16, 2021

Print Supervisor/Manager Name:      Greg Oliver/Chris Shoemake

Supervisor/Manager Signature:      _____

Date:                    August 16, 2021

**armogantitle@gmail.com**

| | |
|---|---|
| **From:** | Fabrice Lenord |
| **Sent:** | Monday, August 16, 2021 12:43 PM |
| **To:** | Mike Campbell |
| **Cc:** | Chris Shoemake |
| **Subject:** | Re: Follow up meeting |
| **Attachments:** | RT PIP.docx |

I've made the proper corrections.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 C 678.708.3679 Toll Free 1-800-388-8035 ext 1365

---

**From:** Mike Campbell <micampbell@racetrac.com>
**Sent:** Monday, August 16, 2021 10:01 AM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** RE: Follow up meeting

Hye Fabrice – thanks for sending along. Perhaps you missed inputting the actions but step 2 (screenshot below is empty).

This is the area where the activities around the plan are detailed. The "what, how and when". This is an important detail that is key to defining what success looks like in this case. Please take a look and quickly get us an update on this item. Chris and I plan to meet late this afternoon. I need to see a response by 230pm today.

Mike

**Step 2: Activity Goals:** Listed below are activities that will help you reach each goal:

| Goal # | Activity | How to Accomplish | Start Date | Projected Completion Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Performance Improvement Plan                                    Page 1 of 3



PL00170

**Mike Campbell** | Exec. Director of Ent. Architecture and Standards
*RaceTrac* | micampbell@racetrac.com
200 Galleria Parkway SE, Suite 900, Atlanta GA 30339
O: 770.431.7600 x4313
C: 678-522-3481

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Monday, August 16, 2021 7:26 AM
**To:** Mike Campbell <micampbell@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Re: Follow up meeting

Chris,

please let me know if I forgot something or any changes need to be made.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608 C 678.708.3679 Toll Free 1-800-388-8035 ext 1365

**From:** Mike Campbell <micampbell@racetrac.com>
**Sent:** Tuesday, August 10, 2021 9:01 AM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** RE: Follow up meeting

Thanks Fabrice. Prefer the office. Will send an invite.

Mike

**Mike Campbell** | Exec. Director of Ent. Architecture and Standards
*RaceTrac* | micampbell@racetrac.com
200 Galleria Parkway SE, Suite 900, Atlanta GA 30339
O: 770.431.7600 x4313
C: 678-522-3481

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Tuesday, August 10, 2021 9:00 AM
**To:** Mike Campbell <micampbell@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Re: Follow up meeting

tomorrow 2:30pm is fine.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608 C 678.708.3679 Toll Free 1-800-388-8035 ext 1365

**From:** Mike Campbell <micampbell@racetrac.com>
**Sent:** Tuesday, August 10, 2021 8:44 AM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** FW: Follow up meeting

Fabrice, I am reconnecting to reschedule our meeting from last week. As you will recall, we previously met to discuss your mid-year review and ways to improve your performance. During that meeting we said we would meet again, and this time you would come to the meeting with a plan to improve your performance and get to a "meets expectations" rating.

Here are some times I can meet:

> Tues 1pm or 4pm
> Wed 9am, 130pm or 230pm.

I am OOO Thursday and Friday. If my suggestions don't work, please provide me with some alternatives. Please come to the meeting ready to discuss your plan.

As an aside, there have been some leadership changes that will impact your reporting chain. For that reason, Chris Shoemake will attend this meeting as well. Chris is now the new leader over Greg's team.

Let me know what works for you.

Mike

**Mike Campbell** | Exec. Director of Ent. Architecture and Standards
*RaceTrac* | micampbell@racetrac.com
200 Galleria Parkway SE, Suite 900, Atlanta GA 30339
O: 770.431.7600 x4313
C: 678-522-3481

**From:** Mike Campbell
**Sent:** Monday, August 2, 2021 7:22 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Subject:** Follow up meeting

Hey Fabrice – I'd like to schedule a follow-up to our July 22 meeting.

I am avail at the following times

- Wed 4-430pm
- Thurs 9-930, between 10-11.

Please select a time and let's continue the discussion. I'd prefer face to face if that works for you. I'd like to hear your next steps to bring your performance up to "meets expectations". Please have a detailed plan ready to discuss.

Mike

Mike Campbell | Exec. Director of Architecture and Standards

200 Galleria Parkway SE., Suite 900 Atlanta, GA. 30339
RaceTrac Petroleum, Inc. | www.racetrac.com | (678) 522-3481

*RaceTrac.*





DEFENDANT'S
EXHIBIT
tabbies®
**23**

## Employee Performance Counseling Form

| Employee Name: Fabrice Leonard | Employee ID: 210260 |
|---|---|
| Position Title: NOC Technician II | Department: IS |
| Manager Name: Greg Oliver | Date of Event: 8/18/2021 |

| Type of Counseling – Check One, then Use Related Box Below | |
|---|---|
| ☐ Verbal Warning<br>■ Performance Improvement Plan (PIP) | ☐ Written Performance Warning<br>☐ 2nd Written Performance Warning |

**Remember to use the 5 W's + H**
**(Who, What, When, Where, Why and How) to:**

1. **Document Incidents and Performance Issues; and**
2. **Provide Clear Direction for Improvement**

**1. WHO** was involved?
- Co-workers, managers, vendors, guests, or a combination of individuals? Please provide **specific names** of those involved, if known.

**2. WHAT** happened?
- Use **specific facts** to describe what happened.
- Use **exact quotations** from employees or witnesses.

**3. WHEN** did this occur?
- Provide the **time and relevant dates** of when important conduct occurred.

**4. WHERE** did everything occur?

**5. WHY** is the employee's specific conduct or actions problematic?
- Was a policy violated? Which policy?
- What expectation did the employee fail to meet?

**6. HOW** did the conduct occur and how can the employee improve?
- Describe the conduct at issue.
- Provide direction on how the employee can improve.

©2016 RaceTrac Petroleum, Inc.
Employee Performance Counseling Form, Rev. 09/16

PL00096

■ **Performance Improvement Plan:** Use this section to create an Improvement Plan to help get employees not meeting expectations of their role back on "Trac".

**Problem or Concern:**

- *Leadership*
- *Communication*
- Training
- Partnership

November 25, 2020, Greg Oliver and Winston Fitzhugh met with Fabrice and discussed end of year performance and how he was not meeting expectations rating on performance review.

July 20, 2021, Greg Oliver met with Fabrice to discuss mid-year performance. Greg stated that Fabrice's numbers looked great but needed to work on some soft skills. Fabrice drove the conversation towards his general unhappiness with his role and leadership team.

July 22, 2021, Met with Mike Campbell and discussed not meeting expectations with Fabrice.

August 11, 2021, Met with Mike Campbell and Chris Shoemake to discuss action plan.

**Objectives for Improvement:**

**Employee** is expected to take the following action(s) to correct these performance deficiencies:

- **Peer Leadership -** Fabrice should be seen as a peer leader by his fellow team members. Fabrice should regularly, proactively partner with peers on project efforts to successfully complete tasks. Fabrice should build strong relationships with his peers and work to encourage them and influence good work outcomes. In the instance where process documentation is needed, Fabrice should not only document that process, but also proactively train at least one other person on that process and submit the documentation in the Teams documentation repository.

- **Communication -** Fabrice should be a positive, active participant in team meetings and focus on helping others solve problems. He should be seen as a resource by his peers and regularly resolves technical issues by providing assistance when questions are posed in the Teams chat.

  - Positive communication with teammates on daily business activities/needs.
  - Help train/mentor NOC Tech 1
  - Collaborate with peers and work towards building positive work relationships

These goals are a part of the NOC Technician II role profile under these specific role competencies:

- **Customer Focus:** Is dedicated to meeting the expectations and requirements of internal and external customers/ Gets first-hand customer information and uses it for improvements in products and services/ Acts with customers in mind/ Establishes and maintains effective relationships with customers and gains their trust and respect

- **Patience**: Is tolerant with people and processes/ Listens and checks before acting/ Tries to understand the people and the data before making judgments and acting/ Waits for others to catch up before acting/ Sensitive to due process and proper pacing/ Follows established process

- **Problem Solving**: Uses rigorous logic and method to solve difficult problems with effective solutions/ Probes all fruitful sources for answers/ Can see hidden problems/ Is excellent at honest analysis/ Looks beyond the obvious and doesn't stop at the first answers

**Resources Needed:**

- Weekly meeting to show/provide improvement.
- Discuss examples listed above and document if plan is on track or offtrack
- Provide feedback positive/negative on weekly performance.

**Time Frame and Consequence:**

*I have read my Performance Improvement Plan and understand that if there is not an immediate improvement as outlined in my objectives. Further disciplinary action will be taken up to and including termination. Follow up evaluation(s) will take place by the specified date listed above, but any problems occurring in the meantime may result in additional action.*

| Employee Signature: | Print Name: | Date: |
|---|---|---|
| Supervisor Signature: | Print Name: | Date: |

*My signature acknowledges that I received and reviewed this document; it does not indicate an admission of guilt or an agreement with the contents. I am aware that I am able to dispute any concerns I have regarding this document, or any other employment concerns, by calling RaceTrac's Professional Conduct Hotline at 1-800- 388-8035 ext 1200.*

**armogantitle@gmail.com**

| | |
|---|---|
| **From:** | Greg Oliver |
| **Sent:** | Wednesday, December 22, 2021 4:03 PM |
| **To:** | Fabrice Lenord; Chris Shoemake |
| **Subject:** | RE: End of Year Review |
| **Attachments:** | Fabrice Lenord PIP.docx; Lenord, Fabrice Perack  Performance Check-In (2021)  12_22_ |
| | 2021.pdf |

Hey Fabrice,

Thank you for meeting with us today via Zoom. To recap what we discussed, you asked for us to provide details on why you didn't meet expectations this year and we've covered them previously within your PIP (performance improvement plan) and also in your 2021 performance review. I have copied your PIP and end of year review to this email so you can have copies and review them. Let's adjust our focus on the positive changes you've recently made and keep that momentum going forward. We look forward to a positive 2022.

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f. (678) 503-1066

**From:** Greg Oliver
**Sent:** Friday, December 17, 2021 9:51 AM
**To:** Fabrice Lenord <flenord@racetrac.com>; Chris Shoemake <cshoemake@racetrac.com>
**Subject:** RE: End of Year Review

Hey Fabrice,

Thank you for your email. Please expect an invite from me soon so we can further discuss this.

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f. (678) 503-1066

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Tuesday, December 14, 2021 4:11 PM
**To:** Greg Oliver <goliver@racetrac.com>; Chris Shoemake <cshoemake@racetrac.com>
**Subject:** End of Year Review

Dear Greg/Chris,
Thanks for meeting with me and providing my yearly performance review on 12/08/2021, for allowing me some time to respond and I appreciated the feedback.

DEFENDANT'S
EXHIBIT
24

Chris, thank you for acknowledging that I go above and beyond and my contribution to the team/company. I would love to revisit that no communication subject/issue that has a big negative effect in my job functions, cause me to be on PIP in August and now a below expectation for my yearly performance evaluation.

Greg, I would like to get some clarification on how to continue with my improvement to meet expectation, can you please share some specific examples or circumstances on how/when I didn't meet expectations on, show Peer Leadership, no Communication and not being a team player prior to 07/20/2021. From 03/01/2021 to 07/20/2021 I can only remember the two times we met for 1 of 1, excuse me if I may have missed some other time.

I'm happy to discuss this matter further at a time that is convenient to you.

Thank you
Fabrice Lenord

**Thanks,**


**Fabrice Lenord | NOC Ext 1608**

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 Toll Free 1-800-388-8035 ext 1365

**armogantitle@gmail.com**

| | |
|---|---|
| **From:** | Fabrice Lenord |
| **Sent:** | Tuesday, December 28, 2021 1:51 PM |
| **To:** | Greg Oliver |
| **Cc:** | Chris Shoemake |
| **Subject:** | RE: Missed Term Tickets |

Greg,

Per our conversation in my PIP review on 09/29/21 you and Chris made it very clear term tickets are very high critical incident to the business and needs to be done because of the security implications. I noticed the tickets where in the queue when I came in and this maybe an opportunity for coaching just in case someone didn't get the message and I'm taking

the initiative "leadership" to communicate and bring this to management attention.

**From:** Greg Oliver <goliver@racetrac.com>
*Sent: Tuesday, December 28, 2021 11:42 AM*
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** RE: Missed Term Tickets

Fabrice,

I see these tickets came in today at 5:00am and you picked them up approximately 6:53am. That's interesting that you were online and working before your 7am start time, but thank you for promptly completing those tickets.

There were opportunities for these tickets to be picked up and completed by other NOC techs, but they weren't. As you know, I just briefly touched base with team on the importance of these tickets on our 11am team call.

My suggestion on how you can communicate these types of issues to the team is to use some of the methods from our HR trainings about professional conduct, different personalities, and radical candor. I suggest reaching out to those individuals who missed the tickets and professionally advise that it was missed.

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f.  (678) 503-1066

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Tuesday, December 28, 2021 7:29 AM
**To:** Greg Oliver <goliver@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Re: Missed Term Tickets

Good morning Greg/Chris,

DEFENDANT'S EXHIBIT
25
tabbies

Can you please guide/shed some light on how to handle this situation moving forward. Is this an opportunity to train/mentor on these critical tickets or how do I communicate to my peers on the importance of completing these terms as they come in.

SCTASK0093816
SCTASK0093817
SCTASK0093819


**Thanks,**


**Fabrice Lenord | NOC Ext 1608**

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 Toll Free 1-800-388-8035 ext 1365


**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Monday, September 13, 2021 10:42 AM
**To:** Greg Oliver <goliver@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Re: Missed Term Tickets

Hey Greg,
I did saw the term tickets yesterday and I was planning to bring it up in today's 11am meeting, I'm not sure if anything has changed because I've been seeing the terms on Sundays in the queue from Saturdays untouched. I was working on 2 KB articles, and I uploaded 1 yesterday and 1 today.  I forgot to grab the tickets during my shift.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608 C 678.708.3679 Toll Free 1-800-388-8035 ext 1365

**From:** Greg Oliver <goliver@racetrac.com>
**Sent:** Monday, September 13, 2021 10:25 AM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Missed Term Tickets

Hey Fabrice,

I see we received 3 termination tickets early this past Saturday morning on 9/11/21 @ 5AM. These are still open as of today, Monday 9/13/21. Can you please let me know why you didn't get to these critical tickets during your shift on Sunday 9/12/21?

| ⓘ | SCTASK0087721 | 4 - Low | Open | Noc Ops Task Generated Due To Employee Termination |
| ⓘ | SCTASK0087720 | 4 - Low | Open | Noc Ops Task Generated Due To Employee Termination |
| ⓘ | SCTASK0087723 | 4 - Low | Open | Noc Ops Task Generated Due To Employee Termination |

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f.  (678) 503-1066

DEFENDANT'S
EXHIBIT

26

tabber

Mike started the meeting at 2:31 o 8/11/2021

Mike started by mentioning that they met 2 weeks ago to discuss issues. This meeting is the follow up to this meeting. Mike is looking for a document plan to bring performance up on the soft skill side. No technical issues. Mike asked for the documented plan for soft skills and team engagement

Fab stated his plan was verbal and not written out.

Mike offered to talk about it now and asked Fab to write it down as well.

Mike stated that we will want to put some structure around the plan as well. Explained what that means an explained SMART goals and how they work.

Fab offered to write up the performance plan.

Mike asked for specific examples that Fab is going to put in the plan.

Fab stated he came into the office physically last Tuesday to help ship out some equipment. Configured 2 switches and 2 firewalls. Came in the next day, communicated with the Evan and was able to get the site back online. Also worked with Jeff and communicating with Jeff on the team. He's been teaching Jeffery a lot in chats. Contractors have been reaching out a lot in general to learn now that SDWAN is slowing down.

Fab asked to meet weekly to go over plan that he submits.

Mike agreed and stated that is a part of the performance improvement. Fab will be meeting with Greg. Chris added that he would sit in on these as I am learning the team structures and helping get my footing with the team.

Fab mentioned again that he spends a lot of time training in the team chat. He mentioned that he has a hard time training because the phone rings a lot. Fab acknowledge that he sometimes cannot update the chat when he is stuck on a call and feels like this will be a benefit.

Mike asked for Fab to write up the performance plan and we will be scheduled.

Fab agreed that first thing Monday morning for the plan to be delivered.

Mike agreed to review and have the plan back to Fab by Wednesday.

Fab asked if he should document everything. Mike said yes that would be a good idea. Mike gave an example of what this documentation should look like and how to present it.

Fab said he's not the only one who knows how to do the work, he's just the first and fastest at getting to the issues first.

Mike reiterated the need to train others and share knowledge. Fab stated he wants to make sure he's getting stores up quickly and that he is not adding to the stores down time by training.

Mike went over what we discussed above and reiterated what needs to be done and what Fab can expect moving forward over the next few weeks. Fab agreed to this and will be ready for us to move forward next week.

Attendees:
- Chris Shoemake
- Fabrice Lenord
- Greg Oliver
- Mike Campbell (Virtual)

Meeting in Room 736 scheduled for 4:00pm.

Meeting started at 4:02pm, Fabrice mentioned he was a few minutes late due to traffic.

Chris started the meeting and went through the introduction and process. Greg handed the form to Fabrice. Chris went over each page, line by line, explaining each section and what was being requested of Fabrice.

Fabrice followed along and agreed to each section as it was read.

Chris read over the peer leadership concern to Fabrice.

Chris explained that he seen some level of effort being made in the chat in the two weeks he has been with the NOC. Fabrice stated that there is more than what happens in the chat but did not want to elaborate. Chris stated that he is looking for Fabrice to exhibit leadership qualities and to act as a leader on the team. Specifically, Chris is looking for Fabrice to mentor, train, and help the team in a positive manner.

Fabrice asked a question about if he was accountable if a team member asks him a question but doesn't take the advice he gave. Chris explained that Fabrice will not be accountable if the team member does not accept his advice. Fabrice said he understands.

Chris went over an example of when creating documents is needed. Chris mentioned that he is looking for Fabrice to help drive process improvement by creating documents that we can point back to when an issue occurs. Fabrice said he understood.

Chris read over the Communications concern to Fabrice.

Fabrice stated he was engaged but he doesn't have experience on some things and does not know everything. Chris assured Fabrice that we are not going to hold you accountable for things you do not know. Fabrice said he understood.

Chris reviewed the role profile core competencies. Fabrice had no questions on that.

Chris says over the next 30 days we will continue go over and review these items. Chris asked Fabrice to keep track of his actions for the PIP over the next four weeks. Specifically, Chris asked Fabrice to keep track of the items he feels like he did well. Chris stated that Greg's role in this is to document and track anything Fabrice did not do or missed.

Fabrice stated he has been tracking what has happened in the last three days. Chris said we could go over that after the meeting if Fabrice wanted to.

Chris reiterated that we will meet again next week to go over the action items. Fabrice agreed and stated he understood. Chris says we will continue to do this over the next 30 days and will closely monitor the performance. Chris said we will meet once per week.

Chris read the timeframe and consequences section to Fabrice that if this isn't improved there will be further actions taken up to and including termination. Fabrice agreed and said he understood.

Fabrice stated that day to day activity, it's a lot going on and it's different than what's on paper. Fabrice stated that between communication, teams chat, and other work he does not always have time to respond to help because he is working on other items. Fabrice mentioned an example when he tried to show Travis how to do the P1 report but was told that Greg was already working on it. Fabrice stated that since that happened, he stepped back and let Greg do it. Chris asked Fabrice to continue to call those out so we can allow him opportunities to grow.

Chris went over Fabrice's notes from the last 3 days with Fabrice.

Fabrice says today he engaged with Greg about SFL SSC. Fabrice was on a 1 on 1 with Jeff. 10:30am troubleshooting ssc. 1:20pm talking to Jabari about a vendor and password expire issue. Worked on folder stuff. Worked with Jeff when the C drive fills up on a server. Chris asked if any of this was documented, if any documents had been created, if so, have any of them been shared with the team? Fabrice said none of it was as these were all verbal conversations and there are some smaller items that aren't enough for a document. Chris stated that we should be able to document process. Chris advised to focus less on the solution and more on the process. The document may not state "uncheck this box" but more in line with "Here is the full process to do XYZ". Fabrice said he can create one to include the creation and other steps for accounts.

Chris stated to Fabrice that the meeting will stay on Wednesday in the afternoon and in person. Chris stated that we will share notes from the meeting, any documentation, or other conversations that come from these meetings. Chris asked if this works for Fabrice. Fabrice stated that this works for him, and he understood and was fine with all of this.

Chris request that Fabrice review the document and sign if he agreed with the plan.
Fabrice said he was fine with the plan and signed the document.
Greg signed the document as well.

Fabrice and Greg signed a duplicate of the document so that Fabrice could retain an original as well.

Greg kept the other copy.

Chris scanned the document, reviewed the notes, and forwarded to the appropriate HR personnel.

Meeting ended at 4:31pm

Attendees:

- Fabrice Leonard
- Greg Oliver
- Chris Shoemake

Meeting started at 3:30PM

Chris went over the goals for today.

Fabrice said he has a notepad that he has been writing stuff down on, but he left it at home.

Chris encouraged Fabrice to make these notes digital so that they cannot be lost or forgotten to have a meaningful conversation.

Fabrice said 461 today he reached out to the site and engaged in a conversation with Chris Mathis. Anthony shared some notes before he left in the Teams chat and Fab provided those notes to Chris Mathis.

Yesterday Fabrice trained Jabari on the P1 report and how to do it.

Travis reached out to Fabrice today to review the P1 prior to Travis sending it out.

Fabrice feels like he has been doing what we asked, he just can't remember all of them.

Chris explained the piece of the communication plan that is not being met is documentation.

Fabrice asked for examples.

Chris pointed to the examples previously given from the last week.

Greg gave a specific example about an issue they worked on together with the Daytona server.

Fabrice said he did not know what kinds of things needed to be documented.

Chris explained that it does not need to be 1-2 second responses but anything that requires Fabrice to slow down for 15-20 minutes and take time out of his day to stop and change what he is working.

Chris and Greg both acknowledged that Fabrice has been very active in the chat.

Greg mentioned that on Monday Fabrice was helping Jabari with an issue for CapGemini Ajay Singh and the issue got escalated to Greg because the user was going to the wrong website. Greg saw in the chat where Fabrice helped Jabari, but we did not catch the simple issue. Fabrice said he did not speak to Jabari directly and does not remember the issue. Greg sees it in the chat and will provide that example to Fabrice and Chris. Greg said Jabari mentioned the issue was still ongoing later in the day which is what prompted him to note it down. Looking back, Jabari did not reach out to Fabrice directly. Fabrice did interact with the issue but thought Greg had taken over, so he stopped.

Chris mentioned that as a T2 Fabrice should be seen as a leader. Chris clarified that a leader is not a manager. As a T2 he is expected to lead by example and that includes documenting, training, and sharing.

Fabrice stated that he is not going to battle with other techs who is going to reply. Fabrice mentioned that sometimes Greg will ask him to do something, and others will get in the way of that. Fabrice wanted to know the expectation. I explained that as the manager, whatever Greg asks for should be the direction the team follows. We are not going to hold Fabrice accountable if another user doesn't want to listen and the expectation is not for Fabrice to police the team. If Greg asks him to do something, Fab should ensure that Greg knows what happened.

Chris stated that we are not looking to point fingers and not looking to blame anyone. We are looking to provide opportunities to improve and reasons to celebrate.

Fabrice mentioned that he showed a team member how to use a template but that was already documented. Chris state that Fabrice does not need to document things that are already documented.

Fabrice mentioned that he feels like there are sometimes too many hands in the cookie jar.

Overall, Greg and Chris appreciate the effort that Fabrice has been making. There are still some areas to improve. Chris reminded Fabrice to make his notes digital, to create documents, and to be sure he is using those documents to train his team members.

Greg reiterated the same.

Meeting started at 3:31PM on 9/1

Chris started by asking how Fabrice did this week. Fabrice said he did the same old as always.

Chris asked if Fabrice had captured any of the items in the PIP. Fabrice said he worked with Jeff on a keypass issue. Fabrice said he walked him through what to do. Fabrice said that there is not a document for how to use keypass, but one is not needed. Fabrice said Jeff just needed to close and re-open keypass to sync the data.

Fabrice said a vendor called him to reset a password.

Jeff reached out to help install a phone. Showed him how to install a phone and update the Mac address. Fabrice created the document and sent it to Greg for review. Greg asked Fabrice to enter these into ServiceNow moving forward so they can be shared with the whole team.

Jabari had an issue accessing ECP. Fabrice shared the correct account information to log in with. Fabrice ended up having Jabari send it to the infrastructure team.

Greg sent Fabrice a ticket for Punchh URL not working. Fabrice escalated this to the engineering team.

Fabrice sent out the EMV list on Monday morning.

Tuesday Fabrice followed up with Jabari about the P1 report. Jabari was getting a 43-error message. Fabrice brought this up on the infrastructure teams meeting.

Fabrice then worked on an issue with daily delivery to troubleshoot the broadband. The broadband connection is still down. LA warehouse is operating on the backup connection. Escalated to the ISP (Sagenet), this is an area outage due to Ira.

Worked with Jeff and Travis on 493 ICRs. Found out that the DNS was pulling from the cradle point. Fabrice set the DNS to the google DNS. Fabrice asked if this fixed the issue, but nobody replied until Fabrice re-asked the following day. Confirmed that ICRs were back online but given the time gap no one is sure if that was the fix or something else.

Fabrice said he worked with Barckley Tool on a cold push, but he did not remember what it was for. Mentioned it was something about a "hot2case".

Chris asked Greg if there was anything to add from this week. Greg re-discussed entering the articles into ServiceNow. Fabrice mentioned he created 3 articles this week. Greg mentioned that he sees Fabrice working with the contractors a lot, but not as much with the rest of the team. Greg asked that when the opportunity presents itself, that Fabrice reach out and help the team.

Fabrice mentioned that he helped Gerard earlier today on a BAT phone issue.

Greg said he would love to see Fabrice document these examples as well. Greg mentioned that Fabrice should work on documenting better so that he can discuss and have a productive conversation with us in these performance meetings. Greg mentioned that this is part of what we have been discussing and asking Fabrice to keep track of. Fabrice mentioned that he would have to shut down to document the way we are asking him to.

Greg offered that maybe Fabrice should take shorthand notes and fill them out later. Chris mentioned that this is a common practice in note taking for tickets when things are busy. Chris also mentioned that if Fabrice needs time to document appropriately, that he should let Greg know so that we can accommodate this. Chris and Greg acknowledged that they are asking him to do this documentation as a part of this conversation and Fabrice should be allotted time to account appropriately.

Chris asked Fabrice how he was feeling about the PIP and the process. Fabrice said that he does not feel like he is doing anything different. Fabrice said the difference is that the new guys are asking more questions and that is making him do more. Fabrice said that he feels like we are asking him to catch the questions more and document more. The new guys are asking a lot of questions.

Chris recapped today's conversation and said that Fabrice should continue to train, teach the other techs, and make documents.

Greg approved the articles Fabrice made.

Chris mentioned to Fabrice to keep working on it and trying to do a good job.

Meeting started at 3:05PM

Virtual meeting

Meeting started with Greg asking Fab for any notes he took down in his notes over the last few weeks. Fab mentioned that he doesn't remember too much from a few weeks ago with details. He did not document a lot due to being out of the office. He gave a few examples of working with the team and providing documents to them.

Greg mentioned that on Sunday 9/12 there was a missed termination ticket. Greg sent on email to Fab on 9/16 asking why it had not been done. Fab said he replied to the email. Greg went over the expectations for these tickets as they are a priority. Chris clarified that these are a security concern and need to be handled ASAP.

Greg also brought up the communication gap that occurred when he went out recently. Greg acknowledged that Fab spoke with Laura, but also stated that he needs to stay in the loop on when Fab can and cannot work to help cover the schedule appropriately. Fab mentioned that he felt like we handed it off to HR. Fab mentioned that he was expecting HR to reach back out to him. Chris said that both Fab and RaceTrac could have coordinated better to have a cohesive plan.

Fabrice has shown improvement to the areas required by the performance improvement plan and will be removed from the formal improvement process effective 9/29/21. These expectations will continue to be a part of, and required, by Fabrice's role as a NOC Tech II. Fabrice should continue to show peer leadership by creating documentation, training his peers, and promoting a positive work environment by being a positive and active participant by working with the team daily. While Fabrice has shown improvements to date, Fabrice should continue to improve on these qualities and meet with Greg and Chris on a regular basis to discuss his overall performance through scheduled performance conversations. Future deviations from this role profile for these soft skills will not be met with additional performance improvement plans and could result in corrective action up to and including termination.

We will also be sure to ask the following questions:

- Tell us about how you feel the environment is for you at RaceTrac?
  - Fab stated he has been here for 9 years and does not have a personal feeling about the business. He works from when he clocks in to when he leaves. Fab stated he tries to be a robot to make sure that the business needs are met.
- How comfortable are you with the expectations that have been set?
  - He is comfortable and understands the expectations.
- Do you feel like you are meeting those expectations?
  - Fabrice said he is coming in and working and that he is always willing to help.
- Ask Fabrice if there is anything else he would like to discuss about the team.
  - Fabrice has no additional concerns that he wants to discuss currently.
- Chris explained RaceTrac's open-door policy and ensure he is aware he can come to us at any point if he needs anything.

**From:** Fabrice Lenord
**Sent:** Wednesday, February 2, 2022 9:12 AM
**To:** Chris Shoemake; Greg Oliver
**Subject:** RE: Leadership/Mentor and Communication

Chris/Greg Good morning,

I'm bringing this to your attention about showing Leadership/communication, this is becoming an ongoing issue. Greg, I know you've mentioned several times about being ready on the phone to support the business. It's becoming a daily routing to have to remind my peers to provide assistance with the phone, vendors are waiting 20 plus minutes sometimes to get phone assistance.  I can see some teammates are on RRB and Project mode and they are working new assign ticket in Service Now and not ready in the phone queue.

| CSQ Name | Calls Waiting | Longes |
|---|---|---|
| NOC | 0 | 00:00:0 |

## Agent Team Summary Report

| Agent Name | State | Reason |
|---|---|---|
| Evan Jones | Not Ready | Call No |
| Fabrice Lenord | Ready | |
| Gerard Peters Jr | Not Ready | Agent L |
| Jeffrey Stiteler | Ready | |

**From:** Chris Shoemake <cshoemake@racetrac.com>
**Sent:** Monday, January 24, 2022 6:06 PM
**To:** Fabrice Lenord <flenord@racetrac.com>; Greg Oliver <goliver@racetrac.com>
**Subject:** Re: Leadership/Mentor and Communication



DEFENDANT'S
EXHIBIT
27

RaceTrac

Thanks Fab! We will address with the team appreciate you sending this to us.

**Chris Shoemake |** Director of Store Systems Support
RaceTrac | 770.431.7600 x4071 | racetrac.com
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339

Get Outlook for iOS

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Monday, January 24, 2022 5:54:45 PM
**To:** Greg Oliver <goliver@racetrac.com>; Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Leadership/Mentor and Communication

Greg/Chris,
 Per our conversation regarding leadership and communication:
 I was troubleshooting the TX DC circuit that was completely down and Jeff asked me if i'm able to access the
"Git" directory in TFSAPPPrd01, I informed him I was on an emergency call. I advised him to have the files sent
to him to complete the task/push, after 12 minutes I sent a follow up message asking was he able to get the
files sent to him, he never responded.  He left 45 minutes later and never replied.  Clearly, I'm showing
leadership/mentor and communicating with my Peers, and I'm being ignored.



Greg Oliver  4:23 PM

> Jeffrey Stiteler  1/24/2022 12:46 PM
> A contractors Okta account is in "Deactivated" mode, his RT AD
> account isn't locked, his RPI AD isn't locked but "reset PW at ne...

Did you get this resolved?

Edited
Anyone noticed the DFW warehouse is down? Have we reached out
to verify power to the building?

4:24 PM                                    1
on the phone with them now.

Jeffrey Stiteler  4:26 PM                              @
Was on a long call with Vincent, he tried many things to add "NOC"
and me individually to get access. Nothing is working. **Fabrice
Lenord** do you have access to the "git" directory in TFSAPPPRD01?

He's gonna keep looking to see if he can figure out why NOC can't
see it

on the phone with them now.

**Jeffrey Stiteler**  4:26 PM 
Was on a long call with Vincent, he tried many things to add "NOC" and me individually to get access. Nothing is working. **Fabrice Lenord** do you have access to the "git" directory in TFSAPPPRD01?

He's gonna keep looking to see if he can figure out why NOC can't see it

**Gerard Peters Jr**  4:27 PM
nocrds down for anyone else?

**Jeffrey Stiteler**  4:27 PM
Greg Oliver that tkt is gone from the que now

so, no, I wasn't able to figure out that puzzle

**Gerard Peters Jr**  4:30 PM
can anyone connect to nocrds?

**Jeffrey Stiteler**  4:30 PM
yes

**Gerard Peters Jr**  4:31 PM
my vpn kicking me out

4:34 PM

Jeffrey Stiteler   1/24/2022 4:26 PM
Was on a long call with Vincent, he tried many things to add "NOC" and me individually to get access. Nothing is working....

I'm on a call with TX DC, they are down.

I'm on a call with TX DC, they are down.

> Jeffrey Stiteler   1/24/2022 4:27 PM
> so, no, I wasn't able to figure out that puzzle

just have him send you the file so you can complete the push.

Greg Oliver do you know what 2 ISP at TX DC.

there's a 2 PI connected to X2


Greg Oliver   4:39 PM
Do a whois lookup with the IP from Orion and it will tell you.

I remember spectrum being out there but can't remember the second
one. maybe comcast???

We also ordered these with SageNet. They should be able to open a
ticket with the ISP too if needed.

TS  Travis Stephens   4:46 PM
back from lunch and fixing RT260 wifi.

4:49 PM
Jeffrey Stiteler did you have him send you the files to finish the push?

TS  Travis Stephens   4:59 PM
anyone already working with 6945?

5:00 PM
Greg Oliver the TX DC is back online. there's 2 or 3 users with Laptop
that are not able to get online. I can teamviewer into Robert's laptop
but not able to access the internet. The other PCs and Hand Helds are
online. there's something strange going with the network.

5:00 PM
Greg Oliver the TX DC is back online. there's 2 or 3 users with Laptop that are not able to get online, I can teamviewer into Robert's laptop but not able to access the internet. The other PCs and Hand Helds are online, there's something strange going with the network.

**TS** Travis Stephens  5:01 PM
I am trying to get 6945 now seems to be power issue.

**TS** Travis Stephens  5:08 PM
never mind store 73

**JS** Jeffrey Stiteler  5:33 PM
I'm out, have a good evening

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608 Toll Free 1-800-388-8035 ext 1365

**armogantitle@gmail.com**

**From:**        Greg Oliver
**Sent:**        Wednesday, April 20, 2022 6:03 PM
**To:**          Fabrice Lenord; Chris Shoemake
**Subject:**     RE: 1 on 1 follow up.

@Fabrice Lenord,

Below are specific examples of what we mean about leadership skills that we expect to see from Tier 2 Noc techs.

- Speaking up to the team when:
  - There's an outage. Someone takes the ownership of following the escalation process.
  - No one is logged into the phone system to take calls and customers are waiting in the queue.
  - Once a solution to an ongoing issue is found.
  - Engage the manager when the team is not receptive to this feedback.
  - Engage the manager when processes are not followed.

- Showing initiative and working on known issues without waiting on being told to do so.
- Encouraging the team to use their resources and follow established processes.
- Creating knowledge base documents for processes not yet documented.
- Updating documents that are out of date or notifying the owner of those documents.
- Identifying and creating solutions for better processes.
- Coming up with creative solutions for issues that are hard to resolve by other members.
- Taking ownership of escalations/requests from other teams and completing them expeditiously.
- Being a team player and working with others in a positive and helpful manner.
- Be an example for the rest of the team for how to do things correctly.

- We do not expect a leader to hold the team accountable. That is the Managers job. We are asking to say something in the chat and escalate to the manager as needed.

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f. (678) 503-1066

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Wednesday, April 20, 2022 8:27 AM
**To:** Chris Shoemake <cshoemake@racetrac.com>; Greg Oliver <goliver@racetrac.com>
**Subject:** Re: 1 on 1 follow up.

ok, noted.

**Thanks,**

1

DEFENDANT'S
EXHIBIT
28

**Fabrice Lenord | NOC Ext 1608**

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 Toll Free 1-800-388-8035 ext 1365

**From:** Chris Shoemake <cshoemake@racetrac.com>
**Sent:** Wednesday, April 20, 2022 8:24 AM
**To:** Fabrice Lenord <flenord@racetrac.com>; Greg Oliver <goliver@racetrac.com>
**Subject:** RE: 1 on 1 follow up.

We did follow up with Evan, directly.

We appreciate you bringing these to our attention. As I am sure you can appreciate, we cannot discuss disciplinary issues with other employees with you. Please know that we will take action on the things you bring to our attention.

Chris Shoemake | Director of Store Systems Support
RaceTrac | 770.451.7600 x4071 | racetrac.com
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Wednesday, April 20, 2022 8:13 AM
**To:** Greg Oliver <goliver@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** Re: 1 on 1 follow up.

Greg,
Per your request, you've instructed me to bring these things to your attention.  This is almost everyday when I login in the morning Evan is not on the phone for over an hour and it's impacting the business.
Also,  you never follow back up about the frivolous tickets that were created off the clock on 03/20/2022 to meet the weekly ticket requirement.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608 Toll Free 1-800-388-8035 ext 1365

**From:** Greg Oliver <goliver@racetrac.com>
**Sent:** Monday, April 18, 2022 6:19 PM
**To:** Fabrice Lenord <flenord@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** RE: 1 on 1 follow up.

Yes, thanks for the reminder.

Thanks,

Greg Oliver | NOC Manager
200 Galleria Parkway SE, Suite 900, Atlanta, GA 30339
o. (770) 431-7600 ext. 1419  f. (678) 503-1066


**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Monday, April 18, 2022 6:17 PM
**To:** Greg Oliver <goliver@racetrac.com>
**Cc:** Chris Shoemake <cshoemake@racetrac.com>
**Subject:** 1 on 1 follow up.

Hey Greg,
just following up with you from my 1 on 1 meeting on 04/11/22.
Per our conversation, you were going to reach out to Chris to provide/update some documentations base on the NOC Tech II duties and responsibilities.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608 Toll Free 1-800-388-8035 ext 1365

| | |
|---|---|
| **From:** | Fabrice Lenord |
| **Sent:** | Wednesday, July 13, 2022 12:16 PM |
| **To:** | Greg Oliver |
| **Cc:** | Chris Shoemake |
| **Subject:** | Offensive - Unprofessional behavior |

Greg,
I had the leave the team meeting today due to Jefferey Stiteler being disrespectful, unprofessional and directing profanity at me.

when I joined the meeting today after 11am, I asked for everyone's attention " Evan, Travis and Jeff" to clarify a misunderstanding over a ticket SCTASK0105107 that Jeff brought up in the team's chat that I assigned to me 2 seconds after he assigned it to himself. I've stated to Jeff that we don't have the same 1 on 1 meetings with Greg, I'm doing what I've been asked based on my job description for the business. I'm not being passive aggressive in the chat, that's what being asked of me. During our conversation Jeff said, "you never do any of that shit", I asked him to watch his language/profanity, I haven't used any profane/unprofessional language and I'm not a child and I don't allow people to talk to me that way. Jeff kept saying "you poke the bear, you poke the bear". I told him we can address each other if there's an issue, Jeff said "what the fuck did I not addressed". I advised Jeff that I don't allow to be treated and talked to in a disrespectful manner.

The level of disrespect and unprofessionalism displayed by Jeff is not consistent with RaceTrac's Core Values, at that point I thought it was best to excuse myself and get off the meeting to prevent any escalation. Greg, in the past you've stated All RaceTrac employees are expected to interact with their team professionally.


**Thanks,**


**Fabrice Lenord** | NOC Ext 1608

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 Toll Free 1-800-388-8035 ext 1365



DEFENDANT'S EXHIBIT
29

| | |
|---|---|
| **From:** | Fabrice Lenord |
| **Sent:** | Monday, July 18, 2022 12:30 PM |
| **To:** | Greg Oliver |
| **Cc:** | Chris Shoemake |
| **Subject:** | Leadership - Team Accountability |

Good afternoon;
I want to take some time point out a couple of things that's impacting the business; it's been ongoing issues with our daily job expectations/duties that we discuss in our daily team meetings and that some of us failed/neglect to do. I'm not perfect, I know what's required of me and the business needs, and every day I push to perform my job duties/expectations and go above and beyond for Racetrac.   I've showed leadership, pointed out and clean up some of the ongoing issues that my team failed to do for years.

At 4:33 this morning I got a pager that Michael from RT2564 wants to install the Sonicwall that's been sitting there since Saturday and the store has been down since Wednesday. There are no notes or updates for RT2564 being down or the Sonicwall needs to be replaced on the P1s from Friday and Saturday. I checked the equipment tracker and there's no info the 2 Sonicwall that was sent for RT2564, this is one of the thing Greg made clear in our daily meetings so the team can be aware of.

I've been assigned to monitor and address the CP data usage for the sites, we spoke about how it's important to get the broadband/internet back online because it's impacting the business financially.  I'm always calling the site to reboot the modems and to escalate the ticket with sagenet, the P1s have been sent with missing and incomplete information.  For example today's 8am P1: RT2594 is not a power outage the store is online and not showing down in Orion; I replaced the firewall yesterday, updated the equipment tracker and sent an email around 7pm.
I was giving a bad review and placed on PIP regarding leadership and lack of communication last year, and at that time I've expressed the constant belittling/uncomfortable/profanity/inappropriate language that members of this team feels comfortable using. On 01/24/2022 Jeff ignored several attempts to assist/mentor him with an issue he was having, I made management aware of this issue and I was told "we'll address with the team". On 07/13/2022 in a team meeting, Jeff's behavior has escalated and felt so comfortable to use profanity and threatened me after I asked him to watch his language and I don't allow people to disrespect me after he said "you never do any of that shit" and "what the fuck did I not addressed, I had to leave the meeting so it would not escalate pass his threats. ".  I work for Racetrac and this is not the first or second time I've experienced this kind of verbal abuse/behavior, I should not have to work in this kind of environment where members of this team can feel it's okay to belittle me anytime they want.

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**
RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339
o 770.431.7608  Toll Free  1-800-388-8035 ext 1365



DEFENDANT'S
EXHIBIT
30

RaceTrac

**armogantitle@gmail.com**

| | |
|---|---|
| **From:** | Caroline Grubbs |
| **Sent:** | Wednesday, August 17, 2022 12:55 PM |
| **To:** | Fabrice Lenord |
| **Subject:** | RE: Disparity Treatment |

Fabrice,

Thank you for the below and the information sent separately. RaceTrac takes complaints of this nature very seriously and intends to engage outside counsel to investigate your concerns. With that said, I understand you are on FMLA leave. For that reason, please let me know if you would like to participate in the investigation during your leave, or if you would rather wait until after your leave ends. Either way, given the serious nature of your allegations, RaceTrac will proceed with its investigation into your claims. Should you choose to participate while on leave, you can expect to be contacted by an investigator in the near future. Please understand that your decision regarding the timing of your participation will not negatively impact the investigation or delay its commencement. In the meantime, please retain all documents and things that relate to the interactions about which you are complaining.

Thanks,
Caroline

**From:** Fabrice Lenord <flenord@racetrac.com>
**Sent:** Sunday, August 14, 2022 7:57 PM
**To:** Caroline Grubbs <cgrubbs@racetrac.com>
**Cc:** Ryan Buckman <rbuckman@racetrac.com>
**Subject:** Disparity Treatment

To Caroline/Ryan,

I am reaching out to HR regarding the ongoing mistreatment I have been experiencing at RaceTrac. I have received several conflicting directives from management regarding my responsibilities based on my job description.

First off, my job description was changed without any notification, and I was placed on PIP before I was made aware of the changes. Furthermore, my manager came up with additional directives requiring I take a leadership on my team by mentoring, coaching and to report back to him on the team's performance.

On June 6th, during the one of my 1 on 1 meeting, I specifically asked why Mr. Oliver has never provided any coaching, mentoring or growth opportunities. He stated, "You are doing a great job, me and Shoemake are happy with what you are doing."

I have been told on numerous occasions that I am doing a great job, and I have met all the expectations that my job requires.

Mr. Oliver has shown a lot of contemptuous treatment towards me. As my direct superior, he goes out of his way to single me out and has separate sets of rules when interacting with me. For example, when other team members use profanity, are out of order, sleep during meetings, fabricate tickets, or disregard the employee code of conduct, he simply dismisses it without correction. Anytime there is an issue that involves me, I am scolded and blamed for it. When I bring matters to Mr. Oliver attention, for example, a team member cursing at me, belittled and threatened me, he simply dismissed it and attacked me about job performance.

1

DEFENDANT'S
EXHIBIT
3 |

Per Mr. Oliver directive, he demands I communicate and mentor team members. Team members are not aware of the different set of rules that I am being held accountable. They tend to push back and completely ignore my suggestions; I brought this to Mr. Oliver attention several times. It's very clear that Mr. Oliver has a personal issue with me and keeps changing my job description to create conflict with my peers, as I've made HR and management aware of the constant use of profanity.

It is clear my national of origin (Haitian) is the reason Mr. Oliver has been targeting me and has displayed a different set of rules and job description pertaining to me. I have been instructed to come into the building once a week, while others do not have to. I am a NOC Tech II, and other NOC Tech II does not have the same requirements and responsibilities as I am expected to perform.

I am expected to supervised team members to unsure the phone queue is manned, processed are being followed, provide coaching opportunities and to report when processes are not followed. When I performed my responsibilities, He changes his expectations. Within the last year, I have to constantly try to get clarity on my role. I am the only NOC Tech II with all the responsibilities of my job description and all the other constant changes Mr. Oliver adds to it.

My performance and metrics are at the top on my team. Mr. Oliver has gone out of his way to minimize my work achievement by change the goal post so to speak to ensure I do not meet expectations. On 1 on 1 meeting, I am doing a great job, keep it up. Outside of our one on ones my duties are changing, and I need to improve. I am the only person of a different national of origin (Haitian) and I am subjected to more stringent application of the rules than my peers. For example, Mr. Oliver scolded me for coming to work ten minutes early after he suggested to the team about the ten minutes grace period. The disparity of treatment that I have experienced under the Mr. Oliver is clear and I have irrefutable evidence to provide.

Follow the link or check your email to the One Drive for evidence.

HR Files

**Thanks,**

**Fabrice Lenord | NOC Ext 1608**

RaceTrac | flenord@racetrac.com | 200 Galeria Pkwy SE, Suite 900, Atlanta GA 30339

o 770.431.7608 Toll Free 1-800-388-8035 ext 1365



## SEVERANCE AND GENERAL RELEASE AGREEMENT

This Severance and General Release Agreement (the "Agreement") is entered into between you, Fabrice Lenord, and RaceTrac, Inc. ("RaceTrac") (collectively the "Parties"). As used in this Agreement, "RaceTrac" shall mean and include all of RaceTrac's subsidiaries, divisions, related companies, affiliates, owners, directors, officers, partners, managers, employees, agents, and successors, as applicable. The Parties agree as follows:

1.     Your last day with RaceTrac shall be November 30, 2022 (the "Termination Date"). You acknowledge that, following the termination date, you shall have no further right or interest in employment with RaceTrac and hereby waive any and all rights to reinstatement or reemployment with RaceTrac. Further, you will not seek or apply for employment with RaceTrac in the future and acknowledge that any such application will be a violation of this agreement.

2.     In consideration of the releases and the covenants contained in this Agreement, RaceTrac will pay you:

   a.     Sixteen Thousand Five Hundred and Eighty-Eight Dollars ($16,588) (the "Payment"), which is equal to eleven (11) weeks of pay based on a 40-hour work week. The Payment shall be segmented and paid in equal bi-weekly payroll periods (less applicable federal, state, and other applicable tax withholdings) beginning on the first administratively feasible pay period following the Effective Date of this Agreement.
   b.     Fifteen (15) days of unused Paid Time Off (less applicable federal, state, and other applicable tax withholdings) (the "PTO Payment"). RaceTrac will pay you the PTO Payment in a single lump sum, no later than the first administratively feasible pay period following the Effective Date of this Agreement.

For purposes of this Agreement, the Effective Date of this Agreement is the eighth (8th) day following (but not including) the date you sign this Agreement, provided that you do not revoke the Agreement as provided herein.

3.     You agree to indemnify and hold RaceTrac harmless against and from any and all claims, losses, damages, liabilities, suits, actions, judgment, costs, taxes, interest, penalties, and expenses including, but not limited to, reasonable attorney's fees and litigation expenses resulting from any liability or claim of liability for the payment or withholding of amounts assessed due to any federal, state or local governments or agencies resulting from the Payment or PTO Payment.

4.     You knowingly, voluntarily, and unconditionally release RaceTrac from all actions or claims of any kind or nature, known or unknown, arising, or existing as of the Termination Date, including, but not limited to, any claims or causes of action arising out of your employment with RaceTrac and/or the end of such employment. Without limiting the generality of the foregoing, this Agreement specifically releases RaceTrac from any and all claims of money, demands, rights and causes of action for unlawful discrimination, harassment, retaliation, fraud, defamation, or any other claim whether sounding in tort or contract, or arising from a statutory right, including without limitation any claims arising under Title VII of the Civil Rights Act of 1964 (as amended), the Equal Pay Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Family and Medical Leave Act,

DEFENDANT'S EXHIBIT
tabbies
32

the Civil Rights Act of 1866, the Employee Retirement Income Security Act (as amended), the Older Workers' Benefit Protection Act, the Age Discrimination in Employment Act, state and federal whistleblower legislation, or any similar ordinance or statute, and any other claim under any federal, state or local statutes, laws, regulations, rules or ordinances, including, but not limited to, any claims for unpaid wages or overtime pay under the Fair Labor Standards Act, any claims for libel, slander, breach of contract, tort, wrongful termination or any other theory under the common law of any state; and any and all claims alleged or pleaded, or which could have been alleged or pleaded in any action related to your employment with or termination of that employment. This release does not include any claims that may not be waived as a matter of law.

5.     You will take all steps necessary to withdraw any charges of discrimination filed with any local, state or federal agency and will dismiss with prejudice any and all civil actions commenced against RaceTrac, including without limitation civil action no. 2:22-cv-04423 SCJ-RDC pending in the United States District Court for the Northern District of Georgia and styled Fabrice Lenord v. RaceTrac, Inc.

6.     You acknowledge that the consideration outlined herein is sufficient and is in addition to the amounts and considerations to which you would be otherwise entitled as an employee or terminated employee of RaceTrac.

7.     You agree to keep confidential and not discuss with any other person (except your spouse and/or children, as applicable, your tax preparer, and/or your attorney) the terms and existence of this Agreement and the circumstances surrounding your termination from RaceTrac. This obligation shall not apply to information required to be released by a valid court or governmental order or subpoena, provided that you give RaceTrac written notice of such order immediately upon your receipt thereof.

8.     You agree not to make any statements, written or verbal, or cause or encourage others to make any statements, written or verbal, that defame, disparage, discredit, show disrespect, or criticize the business reputation, practices, or conduct of RaceTrac. This prohibition extends to, but is not limited to, statements or communications made by you to anyone on any social media outlet.

9.     Upon request, you will assist RaceTrac following your last day of employment, in any matter in which you were involved while employed with RaceTrac.

10.    In response to any job related inquiries from a third party, RaceTrac will provide your title and dates of employment with RaceTrac.

11.    If you participated in the RaceTrac 401(k) Plan, no contributions will be withheld from the Payment or PTO Payment. You will receive a package of further information including information regarding "rollover" of the funds for tax purposes into other retirement options. If you participated in RaceTrac's Group Health Care plan, Dental Care plan, Hospitalization plan, Vision plan, Life Insurance plans, or Disability plan, such coverage will terminate on your last day of employment. You may elect, at your expense, to continue Health, Voluntary Life, Dental, Hospitalization, and Vision coverage for an additional period of time after your last day of employment. Information regarding the election for health, dental, and hospitalization coverages will be mailed to you shortly after your termination. If you would like to continue your voluntary life insurance plan, contact the Benefits Department at RaceTrac.

Page 3

12.     You confirm that you have returned all RaceTrac property to RaceTrac. To the extent you discover RaceTrac property in your possession, you shall ensure that such property is returned to RaceTrac no later than two (2) days following your discovery of the existence of the property.

13.     You acknowledge and agree that while performing any activity in connection with your employment with RaceTrac, you did not directly or indirectly engage in any activity or misconduct not disclosed by you to RaceTrac that might constitute a violation of any law.   Additionally, you acknowledge and agree that you do not have knowledge of any activity or misconduct on the part of any other person not disclosed by you to RaceTrac that might constitute a violation of any law.

14.     You acknowledge that neither the Payment nor the PTO Payment is an admission by RaceTrac of any wrongdoing or liability in connection with your employment, or your termination of employment. No statement in this Agreement or payment made pursuant to this Agreement constitutes, nor should it be deemed to constitute, an admission by RaceTrac of any violation of law or any wrongdoing whatsoever.

15.     You acknowledge that you have not been denied any leave to which you may have otherwise been entitled under any applicable RaceTrac leave policy, including without limitation PTO, vacation, sick, and/or Family and Medical Leave. You also acknowledge that you have been properly compensated for all hours worked during employment.

16.     You agree that the provisions of this Agreement are severable, and if a provision of this Agreement is determined to be void or unenforceable, said provision shall not render any other provision of this Agreement void or unenforceable.

17.     The Agreement may not be altered, amended, modified, or otherwise changed in any respect whatsoever except in writing duly executed by the Parties.

18.     The nature, validity, and effect of this Agreement shall be governed by, construed, and enforced in accordance with the laws of Georgia and appropriate federal laws. The Parties agree to submit exclusively to the jurisdiction of the federal or state courts of Georgia should any dispute arise concerning this Agreement.

19.     You acknowledge that any violation of this Agreement will cause irreparable harm to RaceTrac. Likewise, you acknowledge that if any representation made by you in this letter is untrue, such misrepresentation will cause irreparable harm to RaceTrac. In either case, you acknowledge that in connection with such irreparable harm, damages are not always an adequate remedy. You therefore agree that RaceTrac shall be entitled to an injunction enjoining, prohibiting, and restraining you from the continuance of any such violation or misrepresentation, in addition to any monetary damages which might occur by reason of such violation or misrepresentation, or any other remedies at law or in equity, including without limitation, specific performance. You also acknowledge that the damages which might be sustained by RaceTrac on account of your violation of any provision of this letter or any misrepresentation made by you in this letter will be difficult to measure. Accordingly, in the event of a violation by you of any provision of this letter or any misrepresentation made by you in this letter, you

agree to pay to RaceTrac as liquidated damages, a sum equal to the Payment plus the PTO Payment (except as otherwise may be prohibited under the Age Discrimination in Employment Act).

20.     You acknowledge that you have thoroughly read the entire Agreement, and specifically acknowledge the following:

(a)     You understand that the Agreement specifically includes a waiver of your rights and claims arising under the Age Discrimination in Employment Act;

(b)     You understand that you are not waiving any rights or claims that may arise after the date this Agreement is executed;

(c)     The waiver of rights and claims in this Agreement is in exchange for good and valuable consideration in addition to that which you may already be entitled;

(d)     You have been advised to consult with legal counsel of your choosing prior to executing this Agreement;

(e)     You have been advised by RaceTrac that you have a reasonable time period of up to forty-five (45) days from receipt of this document to accept the terms of and sign this Agreement, and that you may accept and sign this Agreement[1] before the expiration of the forty-five (45) day time period, but that you do not have to do so;

(f)     You understand the language of the Agreement, and if you have any questions during your review of the Agreement, such questions were answered to your satisfaction by retained legal counsel of your choosing, if you so desired; and

(g)     After signing this Agreement, you may revoke your acceptance of this Agreement no later than the eighth (8) day following (but not including) the date you execute this Agreement by providing written notice of revocation via e-mail or certified mail to Jill Van Pelt, 200 Galleria Parkway, Suite 900, Atlanta, Georgia 30339 (jvanpelt@racetrac.com).

(h)     You have been provided with certain schedules (Exhibits 1 and 2) enclosed herein. Exhibit 1 reflects the ages and job titles of those employees who were selected for participation in the employment termination program, and those individuals in the same organizational units of RaceTrac who were not selected. You further acknowledge that you have also received Exhibit 2, which reflects the criteria used for selection in the program.

---

[1] Should you choose to sign this Agreement, please return the signed agreement to Laura Repic via e-mail at LRepic@racetrac.com.

21.    This Agreement constitutes the entire agreement between the Parties pertaining to the subject matter contained herein and the Agreement supersedes any and all prior and/or contemporaneous agreements, representations, or understandings, written or oral.

_____          *Jill Van Pelt*
Fabrice Lenord                            Jill Van Pelt
                                          Vice President of Human Resources
                                          RaceTrac, Inc.

Dated: _____              Dated: November 30, 2022

Page 6

## Exhibit 1

Job Titles and Birth Dates of Employees Selected for Termination Program:

      1.     NOC Technician: 3/11/1964

      2.     NOC Technician: 1/27/1974

      3.     NOC Technician II:  12/30/1977

Job Titles and Birth Dates of Those Employees in the Same Organizational Unit Who Were Not Selected for the Termination Program:

None.

## Exhibit 2

RaceTrac made the decision to terminate all NOC I and NOC II Technicians at the Store Support Center. These positions will not be backfilled as RaceTrac has decided to outsource these positions and the responsibilities assigned thereto to a third-party vendor. The individuals identified on Exhibit 1 comprise the entire decisional unit.

Show 50 ∨ entries

| Payment Method | WED Paid | Date Paid | UI PYMT |
|---|---|---|---|
| Direct Deposit | 02/11/2023 | 02/14/2023 | $365.00 |
| Direct Deposit | 02/04/2023 | 02/08/2023 | $365.00 |
| Direct Deposit | 01/28/2023 | 01/31/2023 | $365.00 |
| Direct Deposit | 01/14/2023 | 01/18/2023 | $365.00 |
| Direct Deposit | 01/07/2023 | 01/10/2023 | $365.00 |
| Direct Deposit | 12/31/2022 | 01/09/2023 | $365.00 |
| Direct Deposit | 12/24/2022 | 01/09/2023 | $365.00 |
| Direct Deposit | 12/17/2022 | 01/09/2023 | $365.00 |
| Direct Deposit | 12/10/2022 | 01/09/2023 | $365.00 |

Showing 1 to 9 of 9 entries

Previous    1    Next



DEE00024

Employers / Post Job

Start of main content

**My jobs**

10Saved99+Applied0InterviewsArchived

**Achieve a better resume in just a few days**

**Get an expert review**

**Application viewed**

**Network Administratorjob description opens in a new window**

OrangePeopleKennesaw, GA

Applied on May 10Applied on May 10

Update status

This employer typically responds within 5 days

Around 31-35 people have applied on Indeed



**Applied**

**Sr. System Engineer (Remote)job description opens in a new window**

Alten Technology USAAtlanta, GA

Applied on May 10Applied on May 10

Update status

Around 11-15 people have applied on Indeed



DEFENDANT'S
EXHIBIT

34

DEF00025



**Not selected by employer**

Datacenter Operations Administratorjob description opens in a new window

Meridian CooperativeAtlanta, GA

Applied on May 1Applied on May 1

Update status

Around 91-95 people have applied on Indeed

**Applied**

Windows Administrator – Active Directory, Data Center, Office 365 – FULLY REMOTE WORK 42020job description opens in a new window

PRIMUS Global Services, IncUnited States

Applied on Apr 16Applied on Apr 16

Update status

Around 801-805 people have applied on Indeed



**Applied**

DEF00026

Network Administrator job description opens in a new window

Credit Union of GeorgiaKennesaw, GA

Applied on Apr 13Applied on Apr 13

Update status

Around 46-50 people have applied on Indeed



**Applied**

Systems Administrator IIjob description opens in a new window

Stellantis Financial Services USAtlanta, GA

Applied on Apr 13Applied on Apr 13

Update status

Around 61-65 people have applied on Indeed

**Applied**

JR Systems Administratorjob description opens in a new window

Mission Recruit LLCAtlanta, GA

Applied on Apr 13Applied on Apr 13

Update status

Around 1086-1090 people have applied on Indeed

DEF00027

 Seer Solutions Inc

**Applied**

<u>System Administratorjob description opens in a new window</u>

Seer Solutions Inc.Atlanta, GA

Applied on Apr 13Applied on Apr 13

Update status

Around 51-55 people have applied on Indeed

Employer actively reviewed candidates 22 days ago

**Applied**

<u>Senior Systems Administratorjob description opens in a new window</u>

CilableAtlanta, GA

Applied on Apr 13Applied on Apr 13

Update status

This employer typically responds within 11 days

Around 16-20 people have applied on Indeed



epi breads

DEF00028

**Application viewed**

<u>IT Systems Administrator - Commercial Bakery - Epi Breads - Doraville GAjob description opens in a new window</u>

Epi BreadsDoraville, GA

Applied on Feb 12Applied on Feb 12

Update status

This employer typically responds within 8 days

Around 51-55 people have applied on Indeed



**Not selected by employer**

<u>Systems Administrator- Windowsjob description opens in a new window</u>

Primary Talent PartnersAtlanta, GA

Applied on Feb 12Applied on Feb 12

Update status

Around 31-35 people have applied on Indeed



**Applied**

DEF00029

<u>ID Analystjob description opens in a new window</u>

Professional Technology Integration, Inc.Atlanta, GA

Applied on Feb 11Applied on Feb 11

Update status

Around 16-20 people have applied on Indeed



**Applied**

<u>Network Engineer/Admin - Direct Hire Atlantajob description opens in a new window</u>

VacoVinings, GA

Applied on Feb 10Applied on Feb 10

Update status

Around 226-230 people have applied on Indeed



**Application viewed**

<u>Sr. Systems Administratorjob description opens in a new window</u>

GDKNAtlanta, GA

DEF00030

Applied on Feb 9Applied on Feb 9

Update status

This employer typically responds within 2 days

Around 11-15 people have applied on Indeed



**Applied**

**Network Administratorjob description opens in a new window**

Insight GlobalDuluth, GA

Applied on Feb 7Applied on Feb 7

Update status

This employer typically responds within 2 days

Around 76-80 people have applied on Indeed



**Applied**

**Field IT Technicianjob description opens in a new window**

Insight GlobalAtlanta, GA

                                                                        DEF00031

Applied on Feb 7Applied on Feb 7

Update status

This employer typically responds within 2 days

Around 106-110 people have applied on Indeed



**Applied**

**SYSTEM ADMINISTRATORjob description opens in a new window**

DeKalb Community Service BoardDecatur, GA

Applied on Jan 30Applied on Jan 30

Update status

Around 66-70 people have applied on Indeed



**Applied**

**Systems Administrator/Security Analystjob description opens in a new window**

GTT, LLCAtlanta, GA

Applied on Jan 30Applied on Jan 30

DEF00032

Update status

Around 221-225 people have applied on Indeed

**Applied**

<u>Systems Administrator IIjob description opens in a new window</u>

Georgia Lottery CorporationAtlanta, GA

Applied on Jan 30Applied on Jan 30

Update status

Around 36-40 people have applied on Indeed



**Applied**

<u>Systems Administratorjob description opens in a new window</u>

Spry Squared, Inc.Atlanta, GA

Applied on Jan 26Applied on Jan 26

Update status

Around 36-40 people have applied on Indeed



DEF00033

**Application viewed**

<u>System Administratorjob description opens in a new window</u>

Volto ConsultingRemote

Applied on Jan 24Applied on Jan 24

Update status

Around 156-160 people have applied on Indeed



**Applied**

<u>Sr. Windows Systems Administrator (Remote)job description opens in a new window</u>

WSSC WaterLaurel, MD

Applied on Jan 24Applied on Jan 24

Update status



**Applied**

<u>NOC Analyst (2nd Shift)job description opens in a new window</u>

Ascend TechnologiesRemote

DEF00034

Applied on Jan 24Applied on Jan 24

Update status

Around 326-330 people have applied on Indeed

**Applied**

<u>System Adminjob description opens in a new window</u>

Volto ITRemote

Applied on Jan 24Applied on Jan 24

Update status

Around 71-75 people have applied on Indeed



**Applied**

<u>Systems Administratorjob description opens in a new window</u>

APR Consulting IncPasadena, CA

Applied on Jan 22Applied on Jan 22

Update status

Around 366-370 people have applied on Indeed

**Applied**

<u>Systems Administratorjob description opens in a new window</u>

Latitude Inc.Marietta, GA

Applied on Jan 19Applied on Jan 19

Update status

This employer typically responds within 3 days

Around 71-75 people have applied on Indeed

                                                                DEF00035



**Applied**

Data Center Engineerjob description opens in a new window

eXcellAlpharetta, GA

Applied on Jan 19Applied on Jan 19

Update status

Around 166-170 people have applied on Indeed



**Applied**

Windows System Admin.job description opens in a new window

F2OnsiteMarietta, GA

Applied on Jan 18Applied on Jan 18

Update status

Around 46-50 people have applied on Indeed

**Not selected by employer**

System Engineer IIjob description opens in a new window

DEF00036

InterDevRoswell, GA

Applied on Jan 18Applied on Jan 18

Update status

Around 31-35 people have applied on Indeed

# EMBROSS

**Not selected by employer**

Systems & Implementation Engineerjob description opens in a new window

Embross North AmericaAtlanta, GA

Applied on Jan 17Applied on Jan 17

Update status

Around 196-200 people have applied on Indeed

**Application viewed**

Systems Administrator 3 (remote)job description opens in a new window

Nanosoft ConsultingAtlanta, GA

Applied on Jan 17Applied on Jan 17

Update status

Around 111-115 people have applied on Indeed

**Not selected by employer**

Junior Applications Administratorjob description opens in a new window

ACA TrackRemote

Applied on Jan 16Applied on Jan 16

Update status

Around 361-365 people have applied on Indeed

                                                                                   DEF00037



**Applied**

**System Administrator Ijob description opens in a new window**

Computer Enterprises, Inc. (CEI)Remote

Applied on Jan 16Applied on Jan 16

Update status

This employer typically responds within 2 days

Around 166-170 people have applied on Indeed



**Not selected by employer**

**System Administratorjob description opens in a new window**

Byram HealthcareRemote

Applied on Jan 16Applied on Jan 16

Update status

Around 1026-1030 people have applied on Indeed

DEF00038



**Applied**

<u>Jr. Network Administratorjob description opens in a new window</u>

North HighlandAtlanta, GA

Applied on Jan 16Applied on Jan 16

Update status

Around 256-260 people have applied on Indeed

**Applied**

<u>Network Engineer – IT Operations Centerjob description opens in a new window</u>

Revolution Technologies, LLCAtlanta, GA

Applied on Jan 13Applied on Jan 13

Update status

This employer typically responds within 4 days

Around 31-35 people have applied on Indeed



**Applied**

DEF00039

<u>**Active Directory Administratorjob description opens in a new window**</u>

Internal Data ResourcesAtlanta, GA

Applied on Jan 11Applied on Jan 11

Update status

This employer typically responds within 2 days

Around 76-80 people have applied on Indeed



**Applied**

<u>**IT Systems Administrator - Remotejob description opens in a new window**</u>

API Heat TransferSchaumburg, IL

Applied on Jan 11Applied on Jan 11

Update status

Around 511-515 people have applied on Indeed

**Applied**

<u>**IT Support Specialistjob description opens in a new window**</u>

Insight GlobalRemote

Applied on Jan 11Applied on Jan 11

Update status

This employer typically responds within 3 days

Around 86-90 people have applied on Indeed

DEF00040



**Applied**

Network Technician/Operator (Level I - II)job description opens in a new window

Georgia System Operations CorporationAtlanta, GA

Applied on Jan 10Applied on Jan 10

Update status

Around 311-315 people have applied on Indeed

**Applied**

Network Engineer Ijob description opens in a new window

OmniForce SolutionsRemote

Applied on Jan 10Applied on Jan 10

Update status

Around 41-45 people have applied on Indeed



**Applied**

Systems Administratorjob description opens in a new window

DEF00041

CUSTARD INSURANCE ADJUSTERSNorcross, GA

Applied on Jan 10Applied on Jan 10

Update status

This employer typically responds within 5 days

Around 281-285 people have applied on Indeed

**Not selected by employer**

<u>System Administrator- GoAnywherejob description opens in a new window</u>

SunPlus Data Group, Inc.Remote

Applied on Jan 10Applied on Jan 10

Update status

Around 31-35 people have applied on Indeed

**Not selected by employer**

<u>Senior Network Engineer / Administratorjob description opens in a new window</u>

IMS Cloud Service (IMS)Remote

Applied on Jan 10Applied on Jan 10

Update status

Around 616-620 people have applied on Indeed



**Not selected by employer**

<u>Windows Systems Administratorjob description opens in a new window</u>

Innovetive PetCareAtlanta, GA

Applied on Jan 9Applied on Jan 9

Update status

Around 261-265 people have applied on Indeed

DEF00042



**Applied**

**Systems Project Engineerjob description opens in a new window**

BelcanNorcross, GA

Applied on Jan 7Applied on Jan 7

Update status

Around 31-35 people have applied on Indeed



**Applied**

**Network Engineerjob description opens in a new window**

CyberCodersRosemead, CA

Applied on Jan 7Applied on Jan 7

Update status

Around 11-15 people have applied on Indeed

DEF00043



**Applied**

<u>Senior Network Engineerjob description opens in a new window</u>

The Intersect GroupAtlanta, GA

Applied on Jan 6Applied on Jan 6

Update status

This employer typically responds within 3 days

Around 51-55 people have applied on Indeed

**Not selected by employer**

<u>NOC Engineer Remote Tuesday-Saturday 8am - 5pm ESTjob description opens in a new window</u>

CommandLinkRemote

Applied on Jan 6Applied on Jan 6

Update status

Around 1846-1850 people have applied on Indeed

**Not selected by employer**

<u>Server/Network Infrastructure Analystjob description opens in a new window</u>

AGM Tech SolutionsAlpharetta, GA

Applied on Jan 6Applied on Jan 6

Update status

Around 21-25 people have applied on Indeed

**Applied**

<u>Network Administrator-Remotejob description opens in a new window</u>

System Administrative Services CorporateAlpharetta, GA

Applied on Jan 6Applied on Jan 6

                                                                      DEF00044

Update status

Around 61-65 people have applied on Indeed

**Applied**

<u>Operational Technology Network Administratorjob description opens in a new window</u>

Cobb County-Marietta Water AuthorityMarietta, GA

Applied on Jan 6Applied on Jan 6

Update status

Around 46-50 people have applied on Indeed



**Application viewed**

<u>Server Systems Specialistjob description opens in a new window</u>

Vantage Point SolutionsRemote

Applied on Jan 6Applied on Jan 6

Update status

This employer typically responds within 14 days

Around 626-630 people have applied on Indeed



**Not selected by employer**

<u>Systems Administratorjob description opens in a new window</u>

Fortuna BMCRemote

Applied on Jan 6Applied on Jan 6

Update status

Around 446-450 people have applied on Indeed

**Not selected by employer**

<u>Junior Systems Engineer/Tier 2 Helpdesk Supportjob description opens in a new window</u>

Integrated Computer Services, Inc.Remote

Applied on Jan 5Applied on Jan 5

Update status

Around 1051-1055 people have applied on Indeed

**Applied**

<u>Windows or Linux Administration Desk side supportjob description opens in a new window</u>

Raise in partnership with GenpactAtlanta, GA

Applied on Jan 4Applied on Jan 4

Update status

Around 36-40 people have applied on Indeed

**Applied**

<u>Systems Administratorjob description opens in a new window</u>

Curant Health Georgia LLCSmyrna, GA

Applied on Jan 4Applied on Jan 4

Update status

DEF00046

Around 36-40 people have applied on Indeed



**Applied**

**Windows System Engineerjob description opens in a new window**

Wegmans Food MarketsNew Jersey

Applied on Jan 4Applied on Jan 4

Update status

This employer typically responds within 2 days

Around 411-415 people have applied on Indeed



**Not selected by employer**

**System Administrator - Exchangejob description opens in a new window**

D4C Dental BrandsAtlanta, GA

Applied on Jan 4Applied on Jan 4

Update status

Around 26-30 people have applied on Indeed

DEF00047



**Applied**

Network Analystjob description opens in a new window

Atlanta Community Food Bank, IncEast Point, GA

Applied on Jan 4Applied on Jan 4

Update status

Around 51-55 people have applied on Indeed



**Not selected by employer**

Process Developer – Windows or Linux Administration Desk side supportjob description opens in a new window

High5Atlanta, GA

Applied on Jan 4Applied on Jan 4

Update status

Around 341-345 people have applied on Indeed

                                                                    DEF00048



**Employer reached out**

**Windows/VMware & Hyper-Vjob description opens in a new window**

QUANTUM WORLD TELE SERVICES PRIVATE LIMITEDAtlanta, GA

Applied on Jan 4Applied on Jan 4

Update status

Around 31-35 people have applied on Indeed



**Applied**

**Systems Administrator - Healthcare (100% Remote)job description opens in a new window**

Gables Search GroupLos Angeles, CA

Applied on Jan 4Applied on Jan 4

Update status

Around 116-120 people have applied on Indeed

DEF00049



**Not selected by employer**

<u>Systems Administratorjob description opens in a new window</u>

OpTech LLCRemote

Applied on Jan 4Applied on Jan 4

Update status

Around 121-125 people have applied on Indeed



**Applied**

<u>Electronic Systems Engineerjob description opens in a new window</u>

Synerfac Technical StaffingAlpharetta, GA

Applied on Jan 3Applied on Jan 3

Update status

Around 11-15 people have applied on Indeed

DEF00050



**Not selected by employer**

**Sr. NOC Analystjob description opens in a new window**

Uprite ServicesTexas

Applied on Dec 31, 2022Applied on Dec 31, 2022

Update status

Around 336-340 people have applied on Indeed

**Applied**

**Entry-Level Cyber Security Specialistjob description opens in a new window**

TechOneSandy Springs, GA

Applied on Dec 29, 2022Applied on Dec 29, 2022

Update status

This employer typically responds within 4 days

Around 1621-1625 people have applied on Indeed



**Applied**

DEF00051

<u>**Windows Administratorjob description opens in a new window**</u>

Talent groupAtlanta, GA

Applied on Dec 29, 2022Applied on Dec 29, 2022

Update status

This employer typically responds within 2 days

Around 61-65 people have applied on Indeed

**Not selected by employer**

<u>**Network Administratorjob description opens in a new window**</u>

Crox GroupAlpharetta, GA

Applied on Dec 29, 2022Applied on Dec 29, 2022

Update status

Around 31-35 people have applied on Indeed

**Application viewed**

<u>**Sr. Network Administratorjob description opens in a new window**</u>

croxAlpharetta, GA

Applied on Dec 29, 2022Applied on Dec 29, 2022

Update status

This employer typically responds within 21 days

Around 11-15 people have applied on Indeed



**Application viewed**

<u>**IT Systems Administrator - Commercial Bakery - Epi Breads - Doraville GAjob description opens in a new window**</u>

Epi BreadsDoraville, GA

Applied on Dec 29, 2022Applied on Dec 29, 2022

DEF00052

Update status

This employer typically responds within 8 days

Around 31-35 people have applied on Indeed



**Applied**

**Systems Engineerjob description opens in a new window**

Robert HalfDuluth, GA

Applied on Dec 27, 2022Applied on Dec 27, 2022

Update status

Around 91-95 people have applied on Indeed



**Applied**

**Data Network Specialistjob description opens in a new window**

Vantage Point SolutionsRemote

Applied on Dec 25, 2022Applied on Dec 25, 2022

Update status

DEF00053

This employer typically responds within 14 days

Around 396-400 people have applied on Indeed



**Applied**

Systems Analystjob description opens in a new window

PeratonChamblee, GA

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

**Not selected by employer**

System Adminjob description opens in a new window

Skill birdMarietta, GA

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

Around 36-40 people have applied on Indeed

**Applied**

Junior Security Analystjob description opens in a new window

Kolter SolutionsAtlanta, GA

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

This employer typically responds within 11 days

Around 436-440 people have applied on Indeed

DEF00054



**Applied**

**Junior Network Administratorjob description opens in a new window**

ITWTucker, GA

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

Around 101-105 people have applied on Indeed

**Applied**

**Systems Administratorjob description opens in a new window**

VERSA Integrated SolutionsTexas

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

This employer typically responds within 6 days

Around 1301-1305 people have applied on Indeed

**Applied**

**System Administratorjob description opens in a new window**

TenisiTechRemote

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

Around 2336-2340 people have applied on Indeed



**Applied**

<u>System Administratorjob description opens in a new window</u>

AgreeYa SolutionsStockton, CA

Applied on Dec 23, 2022Applied on Dec 23, 2022

Update status

This employer typically responds within 3 days

Around 231-235 people have applied on Indeed



**Applied**

<u>Sr IT Systems Administratorjob description opens in a new window</u>

Dynatron SoftwareRemote

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

Around 226-230 people have applied on Indeed

DEF00056



**Applied**

**Microsoft Windows System Administratorjob description opens in a new window**

Practical Solutions, Inc.Remote

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

This employer typically responds within 7 days

Around 451-455 people have applied on Indeed



**Applied**

**Systems Administratorjob description opens in a new window**

Innovetive PetcareAtlanta, GA

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

Around 146-150 people have applied on Indeed

DEF00057



**Applied**

<u>Systems Engineerjob description opens in a new window</u>

Insight GlobalRemote

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

This employer typically responds within 1 day

Around 81-85 people have applied on Indeed



**Applied**

<u>Senior Systems Administratorjob description opens in a new window</u>

MY IT CREWRemote

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

Around 396-400 people have applied on Indeed

DEF00058



**Not selected by employer**

WebSphere Administratorjob description opens in a new window

Computer Enterprises, Inc. (CEI)Columbia, SC

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

Around 31-35 people have applied on Indeed

**Applied**

Systems Administrator I - Experience Requiredjob description opens in a new window

Eye Consultants of Atlanta PCAtlanta, GA

Applied on Dec 22, 2022Applied on Dec 22, 2022

Update status

Around 1-5 people have applied on Indeed



**Applied**

Lead Systems Admin/Engineerjob description opens in a new window

DEF00059

CyberCodersAtlanta, GA

Applied on Dec 20, 2022Applied on Dec 20, 2022

Update status

Around 41-45 people have applied on Indeed



**Applied**

<u>Systems / Network Administratorjob description opens in a new window</u>

Impact StaffingNorcross, GA

Applied on Dec 20, 2022Applied on Dec 20, 2022

Update status

Around 146-150 people have applied on Indeed

**Application viewed**

<u>Network Administratorjob description opens in a new window</u>

ConfidentialMarietta, GA

Applied on Dec 17, 2022Applied on Dec 17, 2022

Update status

This employer typically responds within 3 days

Around 241-245 people have applied on Indeed

DEF00060



**Applied**

<u>Sr. Systems Administratorjob description opens in a new window</u>

Internal Data ResourcesAtlanta, GA

Applied on Dec 16, 2022Applied on Dec 16, 2022

Update status

This employer typically responds within 2 days

Around 81-85 people have applied on Indeed

**Applied**

<u>Security Analystjob description opens in a new window</u>

The DigiTrust GroupLos Angeles, CA

Applied on Dec 16, 2022Applied on Dec 16, 2022

Update status

Around 2351-2355 people have applied on Indeed

**Not selected by employer**

<u>Junior Infrastructure Engineerjob description opens in a new window</u>

VedainfoRemote

Applied on Dec 16, 2022Applied on Dec 16, 2022

Update status

Around 236-240 people have applied on Indeed

DEF00061



**Applied**

**Systems Analystjob description opens in a new window**

Arrow Workforce SolutionsAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 2 days

Around 56-60 people have applied on Indeed



**Applied**

**Systems Engineerjob description opens in a new window**

Insight GlobalAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 2 days

Around 31-35 people have applied on Indeed

DEF00062



**Application viewed**

**HRIS Analystjob description opens in a new window**

RaceTracAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 3 days

Around 71-75 people have applied on Indeed



**Applied**

**Systems Administrator- Entry Level- Local to Atlantajob description opens in a new window**

VacoAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 1816-1820 people have applied on Indeed

DEF00063



**Applied**

**IT SYSTEMS ADMINISTRATOR - TECH (Atlanta, GA)job description opens in a new window**

Gray TelevisionAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 61-65 people have applied on Indeed

**Applied**

**IT Technology Engineerjob description opens in a new window**

UniVirtual Solutions, Inc.Atlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 4 days

Around 126-130 people have applied on Indeed

CREATECH

**Applied**

DEF00064

<u>**IT Support Analystjob description opens in a new window**</u>

CreatechAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 91-95 people have applied on Indeed

**Applied**

<u>**IT Security Officer â    Entry Leveljob description opens in a new window**</u>

CareerNetAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 356-360 people have applied on Indeed

**Applied**

<u>**VMware Virtualization Operations Engineer -- Atlanta GA -- Onsitejob description opens in a new window**</u>

Zodiac SolutionsAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 1 day

Around 1-5 people have applied on Indeed



**Applied**

<u>**Sr. Systems Administratorjob description opens in a new window**</u>

DLH CorpAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

DEF00065

This employer typically responds within 11 days

Around 56-60 people have applied on Indeed



**Applied**

Systems Administratorjob description opens in a new window

CUSTARD INSURANCE ADJUSTERSNorcross, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 5 days

Around 171-175 people have applied on Indeed

**Applied**

Systems Administratorjob description opens in a new window

Nanosoft ConsultingAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 51-55 people have applied on Indeed

**Application viewed**

Senior Systems Administratorjob description opens in a new window

Connectivity Wireless LLCDuluth, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 3 days

Around 46-50 people have applied on Indeed

**Applied**

**Systems Analystjob description opens in a new window**

Nanosoft ConsultingAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 66-70 people have applied on Indeed



**Applied**

**Systems Administratorjob description opens in a new window**

OnepathAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 26-30 people have applied on Indeed



**Applied**

**Systems Administrator #518078job description opens in a new window**

FastTek GlobalAtlanta, GA

                    DEF00067

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 3 days

Around 256-260 people have applied on Indeed

**Applied**

**IT Systems Administratorjob description opens in a new window**

Innovative Product Achievements, LLC (IPA)Duluth, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 10 days

Around 101-105 people have applied on Indeed



**Applied**

**Systems Administrator Opening #430407job description opens in a new window**

Rose InternationalAtlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

This employer typically responds within 2 days

Around 26-30 people have applied on Indeed

**Applied**

**VMware Administratorjob description opens in a new window**

Expert Technical SolutionsStone Mountain, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

DEF00068

This employer typically responds within 3 days

Around 26-30 people have applied on Indeed



**Applied**

NOC Analyst (Atlanta)job description opens in a new window

Five9Atlanta, GA

Applied on Dec 15, 2022Applied on Dec 15, 2022

Update status

Around 96-100 people have applied on Indeed



**Applied**

Sr. Network Administratorjob description opens in a new window

BoelterAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

Around 1-5 people have applied on Indeed

DEF00069



**Not selected by employer**

**IT Server Administratorjob description opens in a new window**

OTR Wheel EngineeringAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

Around 96-100 people have applied on Indeed



**Applied**

**Active Directory Administratorjob description opens in a new window**

Internal Data ResourcesAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

This employer typically responds within 2 days

Around 66-70 people have applied on Indeed

                                          DEF00070



**Not selected by employer**

IT Systems Administratorjob description opens in a new window

Innovetive PetCareAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

Around 466-470 people have applied on Indeed



**Application viewed**

Network/Systems Engineerjob description opens in a new window

Georgia Tech FoundationAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

This employer typically responds within 6 days

Around 76-80 people have applied on Indeed



**Applied**

<u>Systems Administratorjob description opens in a new window</u>

Spry Squared, Inc.Atlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

Around 31-35 people have applied on Indeed



**Not selected by employer**

<u>Sr. Systems Administrator / Windows ($60/hr)job description opens in a new window</u>

ASAP Solutions Group, LLCAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

Around 41-45 people have applied on Indeed

DEF00072



**Application viewed**

<u>Network Engineerjob description opens in a new window</u>

ApTaskAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

This employer typically responds within 4 days

Around 16-20 people have applied on Indeed



**Applied**

<u>Network Engineerjob description opens in a new window</u>

Gas SouthAtlanta, GA

Applied on Dec 14, 2022Applied on Dec 14, 2022

Update status

Around 106-110 people have applied on Indeed